UNITED STATES DISTRICT COURT FOR NEBRASKA

IN THE DISTRICT COURT OF SARPY COUNTY, NEBRASKA

CIVIL COMPLAINT

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2024 SEP 13 PM 12: 42

OFFICE OF THE CLERK

8:24CV359

Yukie Soto-Elliott Plaintiffs Credentials:
Sisseton- Wahpeton Oyate Lake Reservation Federal ID #34700017214 enrolled, News Reporter
ID #84265ELL, Human Rights Federal ID #8536SOT, & Cert/FEMA # H63NUWTB.

VS

 DON SHIPLEY,
CAROL DIANE BLAZER SHIPLEY,
 EXTREME SEAL EXPERIENCE, LLC,

I come now to the courts to bring a very disturbing case that has been building for 6
years not only has the plaintiff been physically, mentally and emotionally attacked but
now has found out who the parties are to be held accountable in all matters as well as
the defendants went on hearsay base on one sided person
We ask the courts, judged and jury to treat the defendants as terrorist of the united
state of the LGBTQA community as they knowing willing acknowledge mentally
emotionally  physically spiritually of all their actions willfully to target the plaintiff
for 6 years and been sending people after the plaintiff I ask the judge, court and jury to
take on the consideration on all the illegal action the defendants have done and still
continuing to do, Futher more as you see the proof of burned I beg with mercy of the
courts to issues arrest warrants on the defendants due to the matter of there intention
was and is premediatd to cause death, fear, and stalking for over 6 years long and
breaking the laws as well to cross state lines


I YUKIE LOLA NASHAIA SOTO-ELLIOTT am the plaintiff and my mailing address i wish to
provide to the courts is PO Box 641503 Omaha NE 68164 PHONE NUMBER 402 if the judge
shall need my Physical Address i shall only give it to the Judge due to native American
protection custody the plaintiff was assaulted but not in jail but she is in a safe house
placement

The Defendants are not living on Nebraska  but their mailing address is last known to be location is and can be serviced by the FBI, BIA, U.S Marshall, Sheriff's department, Certified mail USPS, Privet Service. As well as the protection against the defendants they have been targeting the. Plaintiff for over 6 years and more

The defendant
DON SHIPLE
CAROL DIANE BLAZER SHIPLEY,
EXTREME SEAL EXPERIENCE, LLC,
EXTREME SEAL EXPERIENCE
5701 Bar Neck Rd
Cambridge, MD 21613

DON SHIPLE
CAROL DIANE BLAZER SHIPLEY
324 Gallbush Rd. Chesapeake, VA 23322.
PHONE: 757-572-7203

# Complaint

1. The defendant DON SHIPLEY, CAROL DIANE BLAZER SHIPLEY, and EXTREME SEAL EXPERIENCE, LLC, Defendants. Did in fact on Aug 8th 2018 did in fact went viral based on Hearsay, Defamation of character on the plaintiff the false allegation claim came from the plaintiffs ex-wife Tabitha Elliott aka Tabitha Berry but the defendant did not interview or make contact at all with the plaintiff there for base on this action the law protected the plaintiff in this manner due to the plaintiff at the time being was in a prison of Nebraska correction facility The tort of defamation consists of both libel (written statements) and slander (oral statements). In an action for slander, the plaintiff must prove special damages, namely proof of actual pecuniary loss, unless the statement complained of falls into one of the four "per se" categories of defamation requiring no proof of special damage: allegations that (1) plaintiff committed a crime, (2) are likely to cause damage to reputation, (3) plaintiff suffers from a loathsome disease or disorder; or (4) allege serious

misconduct. The First Amendment prohibits the "abridging [of] freedom of speech, or of the press," a prohibition which the United States Supreme Court has interpreted to impose specific limits on the ability of plaintiffs to prove and collect damages for defamation.

Rule 801: a) defines hearsay as an out-of-court statement made by someone other than the current witness, which is offered in court to prove the truth of the matter asserted in the statement. In simpler terms, it's when someone tries to use a statement made by someone else as evidence to prove that what the statement says is true. 27-802.Rule 802. Hearsay rule.

Hearsay is not admissible except as provided by these rules, by other rules adopted by the statutes of the State of Nebraska, or by the discovery rules of the Supreme Court.

Never once did the defendant intview or talk to the plaintiff at all the defendant went based on a Halloween costume that the plaintiff ex-wife did infactt buy hers and the dogs and son outfit as well for trick or treat on 10-31-2017

The plaintiff had no knowadge of this live podcast interview with the  defendant and the plaintiff ex-wife and has acknowked the say willfully knowing to commit a crime of action( A WOMAN SCOREN HAVE NO FURRY) NEVER ONCE DID THEY Interview the plaintiff.

2. The defendant DON SHIPLEY, CAROL DIANE BLAZER SHIPLEY, and EXTREME SEAL EXPERIENCE, LLC, dose and has a private website dedicated to target the plaintiff due to at the time was a register sex offender and was on it for unwanted touching of a adult however the laws prohibit such thing by worldwide is not allowed to do and if such shall be chartered for. Crime Sex offender registry information shall not be used to retaliate against the registrants, their families, or their employers in any way. Vandalism, verbal or written threats of harm are illegal and will result in arrest and prosecution. The defendant has exposed on there website and intentionally targeted the plaintiff which means the first amendment that they will try to file motion to dismiss has been revoke due to using it as retaliation For Title VI, as discussed elsewhere in this manual, Section 601 prohibits discrimination based on race, color, or national origin, while Section 602 authorizes and directs federal departments and agencies that extend financial assistance to issue rules, regulations, or orders to effectuate Section 601. Under this authority, most federal grant-making agencies have included an anti-retaliation provision in their Title VI regulations.[2] The DOJ regulation provides the following: No recipient or other person shall intimidate, threaten, coerce, or discriminate against any individual for the purpose of interfering with any right or privilege secured by [Title VI], or because he has made a complaint, testified, assisted, or participated in any manner in an investigation, proceeding or hearing under this subpart.

3. The defendant DON SHIPLEY, CAROL DIANE BLAZER SHIPLEY, and EXTREME SEAL EXPERIENCE, LLC has been stalking and following ever movement to keep his followers updated even when the plaintiff came out a the hate crime of this manner of attacks has numbered on this issues 18 U.S. Code ¬ß 249 - Hate crime acts based on her sex and gender and disability  his whole page has devoted people to kill the plaintiff in the manner enough that his views and followers as been exposed to this manner and upload pictures address and l media pages to promises death treats they have out seek the plaintiff and have done so. (c) Definitions In this section (4) the term "gender identity" means actual or perceived gender-related characteristics; and

4. The defendant DON SHIPLEY, CAROL DIANE BLAZER SHIPLEY, and EXTREME SEAL EXPERIENCE, LLC dose in fact target the plaintiff for over 7 years long 28 CFR ¬ß 55.17 – Targeting § 55.17 Targeting.
The term "targeting" is commonly used in discussions of the requirements of section 4(f)(4) and section 203(c). "Targeting" refers to a system in which the minority language materials or assistance required by the Act are provided to fewer than all persons or registered voters. It is the view of the Attorney General that a targeting system will normally fulfill the Act's minority language requirements if it is designed and implemented in such a way that language minority group members who need minority language materials and assistance receive them.

5. The defendant DON SHIPLEY, CAROL DIANE BLAZER SHIPLEY, and EXTREME SEAL EXPERIENCE, LLC did and has and to this day is still stalking 18 U.S. Code § 2261A – Stalkin (2) with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person, uses the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that—
(A) places that person in reasonable fear of the death of or serious bodily injury to a person, a pet, a service animal, an emotional support animal, or a horse described in clause (i), (ii), (iii), or (iv) of paragraph (1)(A); or
(B) causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person described in clause (i), (ii), or (iii) of paragraph (1)(A),

6. The defendant DON SHIPLEY, CAROL DIANE BLAZER SHIPLEY, and EXTREME SEAL EXPERIENCE, LLC  will try to file motion to dismiss under shotgun actions blow and try to denies any of these allegation which will perjury them to be untruth which the laws say Federal perjury offenses are

governed by 18 U.S.C. §§ 1621, 1622, and 1623. Collectively, these statutes make it a crime to testify falsely before a court, other tribunal, or a grand jury, or to persuade other individuals to commit perjury (suborning perjury). 18 U.S. Code § 1001 - Statements or entries generally

7.  The defendant DON SHIPLEY, CAROL DIANE BLAZER SHIPLEY, and EXTREME SEAL EXPERIENCE, LLC also committed that actions willful to send his customers to attack physically mentally at the plaintiff and disclosed private residents address work address to intention to attempt to murder a transgender woman based on a Halloween picture that a ex-wife reptation on her after coming out as transgender then lied to the cops about a domestic violence case that was active at the time of the recording 18 U.S. Code § 1001 - Statements or entries generally

8.  The defendant DON SHIPLEY, CAROL DIANE BLAZER SHIPLEY, and EXTREME SEAL EXPERIENCE, LLC also as crossed and posted the plaintiff company to where the defendants cult operation of people follow this fake news is allowing to interfere the company imagine

9.  The defendant DON SHIPLEY, CAROL DIANE BLAZER SHIPLEY, and EXTREME SEAL EXPERIENCE, LLC as ignored all 8 cease and desist orders over the 7 years and posted videos bragging about the content and literacy of Grammer when the plaintiff did ask him and explained to him in many emails to take it down base on false allegation and hearsay

Called the plaintiff was slander by called by the defendant on videos that are all based on Mrs. Berry a former ex-wife that retaliation after the plaintiff told her she was transgender then the defendant went on basic hearsay Federal Rule of Evidence 802 is commonly referred to as the "Hearsay Rule." It serves as a fundamental rule that establishes the general prohibition against the use of inadmissible hearsay evidence in legal proceedings. The defendant never once talked in person or interviewed the plaintiff at all there for went public launching live stream pod casting dates in question

1.  Aug 8th 2018 posted a live confession of guilt of hearsay based on a ex-wife that seeker retaliation and hate crime action on the plaintiff
2.  May 66th 2000 a live confession of guilt of hearsay based on a ex-wife that seeker retaliation and hate crime action on the plaintiff as well admitted that that defendant did get the legally email of cease and desist order to take down the false allegations

3. Nov 18th 2023 2018 posted a live confession of guilt of hate crime of gender sex as well as serial stalking, targeting, still using hearsay as well harassment cyber bulling violation of 1st amendment retaliation invasion of privacy willful with no remorse of actions to post false statements Read the law: Shapiro v. Massengill, 105 Md. App. 743, 773 (1995) 25-839. Libel or slander; how sufficiently pleaded; burden of proof.

   In an action for a libel or slander it shall be sufficient to state, generally, that the defamatory matter was published or spoken of the plaintiff, and if the allegation be denied, the plaintiff must prove on the trial the facts, showing that the defamatory matter was published or spoken of him. To prove prima facie defamation, a plaintiff must show four things: 1) a false statement purporting to be fact; 2) publication or communication of that statement to a third person; 3) fault amounting to at least negligence; and 4) damages, or some harm caused to the reputation of the person or entity who is the subject of the statement.

   State-Specific Elements

   Different states vary in their anti-defamation statutes. As such, courts in different states will interpret defamation laws differently, and defamation statutes will vary somewhat from state to state. In Davis v. Boeheim, 110 A.D.3d 1431 (N.Y. 2014

4. On September 6th 2024 my ex husband Sasuke Soto-Elliott did call the defendants   MR. and Mrs Shipley and advise them the laws and to remove the posts video and all hate crime action down as you will the defendants made mockery and no remorse in there illegal actions and laughed and then contuined to follow threw for over 6 years then called on them NO I didn't give concent for them to record me at all **Virginia Wiretapping Law** Virginia's wiretapping law is a "one-party consent" law. Virginia makes it a crime to intercept or record any "wire, oral, or electronic communication" **unless one party to the conversation consents.**Virginia Code § 19.2-62. Therefore, if you operate in Virginia, you may record a conversation or phone call if you are a party to the conversation or you get permission from one party to the conversation in advance. That said, if you intend to record conversations involving people located in more than one state, you should abide by the recording law of the most restrictive state involved, or play it safe and get the consent of all parties.

## 28-311.08.

**Unlawful intrusion; photograph, film, or record image or video of intimate area; distribute or make public; penalty; court; duties; registration under Sex Offender Registration Act; statute of limitations.**

(1) It shall be unlawful for any person to knowingly intrude upon any other person without his or her consent in a place of solitude or seclusion. Violation of this subsection is a Class I misdemeanor. A second or subsequent violation of this subsection is a Class IV felony.

18 U.S.C. §§ 2510-22, as amended by the Electronic Communications Privacy Act (ECPA)(Pub. L. 99-508; 10/21/86), the Communications Assistance to Law Enforcement Act (CALEA)(Pub. L. 103-414; 10/24/94), Antiterrorism and Effective Death Penalty Act of 1996 ("Antiterrorism Act") (Pub. L. 104-132; 4/24/96), USA PATRIOT Act (Pub. L. 107-56; 10/26/01), USA PATRIOT Additional Reauthorization Amendments Act of 2006  (Pub. L. 109-178; (3/9/06), FISA (Foreign Intelligence Surveillance Act) Amendments Act of 2008 (Pub. L.110-261; 7/10/2008), FISA Sunsets Extension Act (Pub. L. 112-3; 2/25/11) PATRIOT Sunsets Extension Act of 2011 (Pub. L. 112-14; 5/26/11).  These statutes are codified, *inter alia,* at 18 U.S.C. § 2510, *et seq.*

Title III of the Omnibus Crime Control and Safe Streets Act of 1968, (Pub. L. 90-351; 6/19/68), also known as the "Wiretap Act":

- prohibits the unauthorized, nonconsensual interception of "wire, oral, or electronic communications" by government agencies as well as private parties,
- establishes procedures for obtaining warrants to authorize wiretapping by government officials, and
- regulates the disclosure and use of authorized intercepted communications by investigative and law enforcement officers.



November 18th, 2023



Phony Navy SEAL of the Week. Jedi Master Minister Yukie Lola Nashaia Sota Elliott

Phony Navy SEAL of the Week. Jedi Master Minister Yukie Lola Nashaia Sota Elliott. Many Thanks For The SUPPORT...



August 08th, 2018



Phony Navy SEAL Phony Army Ranger of the Week. Robert Christian Elliott. The TOTAL NUT JOB Phony SEAL.

Phony Navy SEAL Phony Army Ranger of the Week. Robert Christian Elliott. The TOTAL NUT JOB Phony SEAL... Many Thanks For The SUPPORT...



November 18th, 2023



**Phony Navy SEAL of the Week. Jedi Master Minister Yukie Lola Nashaia Sota Elliott**

Phony Navy SEAL of the Week. Jedi Master Minister Yukie Lola Nashaia Sota Elliott. Many Thanks For The SUPPORT...



September 06th, 2024



**Phony SEAL Minister Yukie rears her/his Ugly Head again and defending a Commanding Officer.**

Phony SEAL Minister Yukie rears her/his Ugly Head again and defending a Commanding Officer. Many Thanks For The SUPPORT...



September 06th, 2024



Phony SEAL Minister Yukie rears her/his Ugly Head again and defending a Commanding Officer.

Phony SEAL Minister Yukie rears her/his Ugly Head again and defending a Commanding Officer. Many Thanks For The SUPPORT...

10. The defendant DON SHIPLEY, CAROL DIANE BLAZER SHIPLEY, and EXTREME SEAL EXPERIENCE, LLC willfully and knowing posted false allegations of this statement on his post Phony Navy SEAL of the Week... Robert Elliott. The Don Shipley Slandered my Character While I was in Prison for Sex Crimes Phony SEAL.

Phony Navy SEAL of the Week... Robert Elliott. The Don Shipley Slandered my Character While I was in Prison for Sex Crimes Phony SEAL. Many Thanks For The SUPPORT...

The plaintiff was not in prison for a sex crime the plaintiff was there for domestic assault and intentional child abuse only on 10-5-2017 the defendant went on based on hearsay that the defendant sores Tabitha berry aka Tabitha Elliott lied and was charge with false

reporting by the FBI thus this action alone has cause the plaintiff death threats there for untruth base news story or pod cast was illegal launched Md. R. Evid. 5-803 27-802.

Rule 802. Hearsay rule.

Hearsay is not admissible except as provided by these rules, by other rules adopted by the statutes of the State of Nebraska, or by the discovery rules of the Supreme Court. A statement that: (1) the declarant does not make while testifying at the current trial or hearing; and (2) a party offers in evidence to prove the truth of the matter asserted in the statement. (F.R.E. 801(c)).

11.    The defendant DON SHIPLEY, CAROL DIANE BLAZER SHIPLEY, and EXTREME SEAL EXPERIENCE, LLC willfully and knowing strike fear enough to the plaintiff with the intent to terrorize her life and mark her to where the pod cast cult has gather other to try to kill, attack mentally physically emotionally spiritually the law says

**28-311.01.Terroristic threats; penalty.** a) With the intent to terrorize another; (c) In reckless disregard of the risk of causing such terror or evacuation. Md. Code, Crim. Law § 3-1001 **(d)** A person who violates this section may be indicted, prosecuted, tried, and convicted in any county where: **(3)** the consequences of the threat occurred. **(2)** In addition to the penalties provided in paragraph (1) of this subsection, a court shall order a person convicted under this section to reimburse the appropriate unit of federal, State, or local government or other person for any expenses and losses incurred in responding to the unlawful threat unless the court states on the record the reasons why reimbursement would be inappropriate. **(a)** This section applies to a threat made by oral or written communication or electronic communication, as defined in § 3-805(a) of this title. Title 18, U.S.C., Section 249 - Matthew Shepard and James Byrd, Jr., Hate Crimes Prevention Act 25 CFR § 11.402 - Terroristic threats. § 11.402 Terroristic threats.
A person is guilty of a misdemeanor if he or she threatens to commit any crime of violence with purpose to terrorize another or to cause evacuation of a building, place of assembly or facility of public transportation, or otherwise to cause serious public inconvenience or in reckless disregard of the risk of causing such terror or inconvenience.



1:34

< R-Elliott worldwide news Inc...  🔍



# R-Elliott worldwide news Inc & Community emergency response team

490 likes · 562 followers



ENROLLED TRIBAL/LGBTQAI+/ veteran/CERT COMMUNITY EMERGENCY RESPONDER TEAM CAPTAIN STORM CHASER/ FREELANCER NEWS REPORTERS OUR MAIN COVERAGE GOVERNMENT CORRUPTION/DISCRIMINATION ADA LAWS LGBTQIA's/human rights/civil rights/professional photographer

📊 See dashboard    📢 Advertise    ···

Posts    About    Photos    Videos    More ▾





10:17

reddit.com

Use App

Overview    Posts    Comments

New ⌄    ☰ ⌄

r/FirstResponderCringe · Bellevue, OK

**Affectionate_Self396** replied to **Ptards_Number_1_Fan** 6 hr. ago

Look up Robert Christian Elliot who Yukie was. Convicted sex offender.

⌃ 2 ⌄    💬 Reply    ↪ Share    ⋯

r/FirstResponderCringe · Bellevue, OK

**Affectionate_Self396** commented 6 hr. ago

Robert Christian Elliot, who he was before Yukie. Nothing but stolen valor. Don Shipley exposed Yukie.

⌃ 1 ⌄    💬 Reply    ↪ Share    ⋯

r/find_NicholKessinger · Nk in Arvada, CO?

**Affectionate_Self396** replied to **Minute-Tale7444** 7 mo. ago

NK sure did have involvement in the tragedy that occurred on August 13th 2018. It is known NK was dabbling in witchcraft and gave CW a weird tea to drink. CW even admitted he felt hypnotized after that.

⌃ 1 ⌄    ↪ Share    ⋯

←        +        24        ⋯



Start a New Search                                   Back To Results

**DCS ID:** 76560 -- ROBERT ELLIOTT

### Demographics

**Committed Name**
Last: ELLIOTT          First: ROBERT          Middle:          Suffix:

**Legal Name**
Last:          First:          Middle:          Suffix:          Click for Photo

**Details**
Gender: MALE          Race: NATIVE AMERICAN          Date of Birth: 12/10/1982
Facility:

### Sentence Information

**Sentence Dates**
Facility:
Total Sentence: 1 Years  0 Months  0 Days          To 3 Years  0 Months  0 Days
Sentence Begin Date: 09/20/2012          Good Time Law: 191          Projected Release Date: 12/11/2013

**Parole Information**
Parole Eligibility Date: 12/11/2012          Parole Hearing Date:          Next Parole Board Review Date:
Parole Discharge Date: 09/25/2013          Parole Discharge Type: EXPIRATION OF PAROLE

**Release Information**
Release Date: 04/24/2013          Reason for Release: DISCRETIONARY PAROLE
Release Information Comments:

### Offense Information

| Description | Run Code | Offense Term Minimum | Maximum | County of Commitment |
|---|---|---|---|---|
| SEX OFFENDER REG ACT VIOLATION | CC | 1 Yr 0 Mo 0 Da | 3 Yr 0 Mo 0 Da | BUFFALO |
| Felony - - | | | | |

*Disclaimer*

**DCS ID:** 88190 -- ROBERT ELLIOTT

### Demographics

**Committed Name**
Last: ELLIOTT          First: ROBERT          Middle: C          Suffix:

**Legal Name**
Last:          First:          Middle:          Suffix:          Click for Photo

**Details**
Gender: MALE          Race: NATIVE AMERICAN          Date of Birth: 12/10/1982
Facility:

### Sentence Information

**Sentence Dates**
Facility:
Total Sentence: 3 Years  0 Months  0 Days          To 3 Years  0 Months  0 Days
Sentence Begin Date: 08/22/2018          Good Time Law: 191          Projected Release Date: 04/04/2019

**Parole Information**
Parole Eligibility Date: NA          Parole Hearing Date:          Next Parole Board Review Date: 10/2018
Parole Discharge Date:          Parole Discharge Type:

**Release Information**
Release Date: 10/13/2020          Reason for Release: DISCHARGED FROM PRS PER PROBTN
Release Information Comments:

### Offense Information

| Description | Run Code | Offense Term Minimum | Maximum | County of Commitment |
|---|---|---|---|---|
| DOMESTIC ASSLT 3RD DEG/SUBS | | 3 Yr 0 Mo 0 Da | 3 Yr 0 Mo 0 Da | ADAMS |
| Felony - - | | | | |
| INTENTIONAL CHILD ABUSE | CC | 3 Yr 0 Mo 0 Da | 3 Yr 0 Mo 0 Da | ADAMS |
| Felony - - | | | | |

12. The defendant DON SHIPLEY, CAROL DIANE BLAZER SHIPLEY, and EXTREME SEAL EXPERIENCE, LLC willfully and knowing have violated the homeland security law of proception on the LGBTQA as the plaintiff is registered for the council of human rights for the transgender community the defendants willfully willing and knowing there actions are acting ill manner and illegal Summary of Terrorism-Related Threat to the United States

The United States remains in a heightened threat environment. Lone offenders and small groups motivated by a range of ideological beliefs and personal grievances continue to pose a persistent and lethal threat to the Homeland. Both domestic violent extremists (DVEs) and those associated with foreign terrorist organizations continue to attempt to motivate supporters to conduct attacks in the Homeland, including through violent extremist messaging and online calls for violence. In the coming months, factors that could mobilize individuals to commit violence include their perceptions of the 2024 general election cycle and legislative or judicial decisions pertaining to sociopolitical issues. Likely targets of potential violence include US critical infrastructure, faith-based institutions, individuals or events associated with the LGBTQIA+ community, schools, racial and ethnic minorities, and government facilities and personnel, including law enforcement.

Duration

Issued:  May 24, 2023 at 2:00 PM ET

Expires:  November 24, 2023 at 2:00 PM ET

Additional Information

In May 2023, a now-deceased individual killed eight and injured seven others at an outlet mall in Allen, Texas. Law enforcement continues to investigate the motive behind the attack, but initial reporting suggests the attacker fixated on mass shootings and held views consistent with racially or ethnically motivated violent extremist (RMVE) and involuntary celibate violent extremist ideologies.

In March 2023, a now-deceased individual shot and killed six people at a Christian elementary school in Nashville, Tennessee. Law enforcement continues to investigate the motive behind the attack and has indicated the individual studied other mass murderers.

Also in March 2023, a RMVE driven by a belief in the superiority of the white race was arrested and charged with allegedly attempting to use an improvised incendiary device to burn down a church in Ohio that was planning to host a drag-themed event.

In February 2023, two RMVEs driven by a belief in the superiority of the white race were arrested and are now awaiting trial for plotting an attack against electrical substations in Maryland. These arrests followed a series of recent attacks against electrical infrastructure, which some DVEs have praised and leveraged to call for more attacks on critical infrastructure.

Since spring of 2022, alleged DVEs in Georgia have cited anarchist violent extremism, animal rights/environmental violent extremism, and anti-law enforcement sentiment to justify criminal activity in opposition to a planned public safety training facility in Atlanta. Criminal acts have included an alleged shooting and assaults targeting law enforcement and property damage targeting the facility, construction companies, and financial institutions for their perceived involvement with the planned facility.

Meanwhile, foreign terrorists continue to use media to call for lone offender attacks in the West, condemn US foreign policy, and attempt to expand their reach and grow global support networks. Most recently, in January 2023, an individual from Maine who was inspired by a variety of foreign terrorist content was charged with federal crimes for an attack on New York City Police Department (NYPD) officers during New Year's Eve celebrations in Times Square.

How We Are Responding

DHS works with partners across every level of government, in the private sector, and in local communities to keep Americans safe, including through the following examples of our resources and support:

DHS and the FBI continue to share timely and actionable information and intelligence with the broadest audience possible. This includes sharing information and intelligence with our partners across every level of government and in the private sector. We conduct recurring threat briefings with private sector, state, local, tribal, territorial, and campus partners, including to inform security planning efforts. DHS remains committed to working with our partners to identify and prevent all forms of targeted violence and terrorism, and to support law enforcement efforts to keep our communities safe.

DHS, in collaboration with its federal partners, launched the Prevention Resource Finder (PRF) website in March 2023. The PRF is a comprehensive web repository of federal resources available to help communities understand, mitigate, and protect themselves from targeted violence and terrorism.

The DHS Center for Faith-Based and Neighborhood Partnerships continues to engage a coalition of faith-based and community organizations, including members of the Faith-based Security Advisory Council (FBSAC), which DHS reconstituted in July 2022, to help build the capacity of faith-based and community organizations seeking to protect their places of worship and community spaces.

DHS's Office of Intelligence and Analysis (I&A), the FBI, and the National Counterterrorism Center in 2021 jointly updated behavioral indicators of U.S. extremist mobilization to violence. Further, I&A's National Threat Evaluation and Reporting Program continues to provide tools and resourcesfor federal, state, local, tribal, and territorial partners on preventing terrorism and targeted violence, including online suspicious activity reporting training.

DHS's Transportation Security Administration (TSA) Intermodal Security Training and Exercise Program (I-STEP) and Exercise Information System (EXIS¬Æ) work with government and private sector partners - including owners and operators of critical transportation infrastructure - to enhance security and reduce risks posed by acts of terrorism.

DHS's Cybersecurity and Infrastructure Security Agency (CISA) works with government and private sector partners - including owners and operators of critical infrastructure and public gathering places - to enhance security and mitigate risks posed by acts of terrorism and targeted violencethrough its network of Protective Security Advisors and resources addressing Active Shooters, School Safety, Bombing Prevention, and Soft Targets-Crowded Places.

DHS's Center for Prevention Programs and Partnerships (CP3) educates and trains stakeholders on how to identify indicators of radicalization to violence, where to seek help, and the resources that are available to prevent targeted violence and terrorism. In 2022, CP3 awarded about $20 million in grants through its Targeted Violence and Terrorism Prevention (TVTP) Grant Program. To date, over 100 applicants and more than $50M in grant funds have been requested for the FY23 grant cycle.

In 2021 and 2022, DHS designated domestic violent extremism as a "National Priority Area" within its Homeland Security Grant Program (HSGP), enabling our partners to access critical funds that help prevent, prepare for, protect against, mitigate, respond to, and recover from related threats.

In 2022, DHS's Nonprofit Security Grant Program (NSGP) provided over $250 million in funding to support target hardening and other physical security enhancements to non-profit organizations at high risk of terrorist attack.

SchoolSafety.gov consolidates school safety-related resources from across the government. Through this website, the K-12 academic community can also connect with school safety officials and develop school safety plans.

Resources to Stay Safe

Stay Informed and Prepared

Be prepared for emergency situations and remain aware of circumstances that may place you at risk. Make note of your surroundings and the nearest security personnel.

Keep yourself safe online and maintain digital and media literacy to recognize and build resilience to false or misleading narratives.

Review Department of Homeland Security (DHS) resources for how to better protect businesses, houses of worship, and schools, and ensure the safety of public gatherings.

Prepare for potential active shooter incidents, build counter-improvised explosive device capabilities, and enhance awareness of terrorist threats, to include bomb threats.

Learn more about community-based resources including Community Awareness Briefings to help prevent individuals from radicalizing to violence.

The Nationwide Suspicious Activity Reporting (SAR) Initiative (NSI) is a collaborative effort by DHS, the FBI, and law enforcement partners to identify and report threats of terrorism and other related criminal activity.

The Power of Hello Campaign and De-Escalation Series help you observe and evaluate suspicious behaviors, including information to mitigate potential risks, and obtain help when necessary.

View webinars on Building Partnerships, and Preventing Targeted Violence and Protecting the Safety and Security of Houses of Worship.

Report Potential Threats

Listen to local authorities and public safety officials.

If You See Something, Say Something¬Æ Report suspicious activity and threats of violence, including online threats, to local law enforcement, FBI Field Offices, or your local Fusion Center. Call 911 in case of emergency.

If you know someone who is struggling with mental health issues or may pose a danger to themselves or others, seek help.

13. The defendant DON SHIPLEY, CAROL DIANE BLAZER SHIPLEY, and EXTREME SEAL EXPERIENCE, LLC willfully and knowing have violated the invasion of privacy
An intrusion upon seclusion claim in Maryland must allege the following three elements: Intentional intrusion;

Into a private place, or affairs of another; and

Such intrusion would be highly offensive to a reasonable person. Secret audio or video recording of a person without consent. **Placing a Person in a False Light**
A claim for placing a person in a false light in Maryland must allege the following three elements:

That the defendant gave publicity to a matter concerning another that places the other before the public in a false light;

That the false light in which the other person was placed would be highly offensive to a reasonable person; and

That the actor had knowledge of or acted in reckless disregard as to the falsity of the publicized matter and the false light in which the other would be placed.

The purpose of this cause of action is to redress publication of false facts that falsely characterize a person in a highly offensive manner. The publication must be sufficiently broad such that the facts become public knowledge—it is not enough for a defendant to communicate a false fact to a single individual or even a small group of people.

**Example of False Light Invasion of Privacy**
A false light claim arises, for example, if a reporter publishes an article about an individual that falsely states that they have been arrested in the past or that they have children out of wedlock, when the reporter either knew the information was false or published the article with reckless disregard for the truth. Such a claim can also be asserted if such false information is posted on social media.
20-203.

Invasion of privacy; trespass or intrude upon a person's solitude.

- Any person, firm, or corporation that trespasses or intrudes upon any natural person in his or her place of solitude or seclusion, if the intrusion would be highly offensive to a reasonable person, shall be liable for invasion of privacy. An invasion of privacy pursuant to this section is one consisting solely of an intentional interference with the plaintiff's interest in solitude or seclusion, either as to his or her person or

> private affairs or concerns, of a kind that would be highly offensive to a reasonable person. Whipps Land & Cattle Co. v. Level 3 Communications, 265 Neb. 472, 658 N.W.2d 258 (2003).

- *trutner v. Dispatch Printing Co.,* 2 Ohio App. 3d 377 (Ohio Ct. App., Franklin County 1982).

- A person has an actionable right to be free from the invasion of privacy. *Black v. Aegis Consumer Funding Group, Inc.,* 2001 U.S. Dist. LEXIS 2632 (S.D. Ala. Feb. 8, 2001). An actionable invasion of the right of privacy is the unwarranted appropriation or exploitation of one's personality, the publicizing of one's private affairs with which the public has no legitimate concern, or the wrongful intrusion into one's private activities in such a manner as to outrage or cause mental suffering, shame or humiliation to a person of ordinary sensibilities.

- It also includes, usually by statute, a Constitutional right to be left alone from governmental intrusion into one's private affairs, though the rights and the needs of the government to provide protection to society are balanced.

- This article shall review the basic concepts of the rights to privacy.

The right of privacy is:

- the right of a person to be free from unwarranted publicity,
- the unwarranted appropriation or exploitation of one's personality,
- the publicizing of one's private affairs with which the public has no legitimate concern, or
- the wrongful intrusion into one's private activities in such manner as to outrage or cause mental suffering, shame or humiliation to a person of ordinary sensibilities.

See *Hogin v. Cottingham*, 533 So. 2d 525 (Ala. 1988).

The right of privacy has two main aspects:

- the general law of privacy, which affords a **tort** action for damages resulting from an unlawful invasion of privacy; and
- the constitutional right of privacy which protects personal privacy against unlawful governmental invasion.

Invasion of privacy is a tort based in common law allowing an aggrieved party to bring a lawsuit against an individual who unlawfully intrudes into his/her private affairs, discloses his/her private information, publicizes him/her in a false light, or appropriates his/her name for personal gain.

14. The defendant DON SHIPLEY, CAROL DIANE BLAZER SHIPLEY, and EXTREME SEAL EXPERIENCE, LLC. Knowing and willfully have caused emotional stress on the plaintiff OVER THE PAST 6 YEAS AND CURRENT TIMES

15.        The defendant DON SHIPLEY, CAROL DIANE BLAZER SHIPLEY,

    and EXTREME SEAL EXPERIENCE, LLC. Knowing and willfully have

    caused Economic loss OVER THE PAST 6 YEARS AND CURRENT TIMES

16. The defendant DON SHIPLEY, CAROL DIANE BLAZER SHIPLEY, and EXTREME SEAL EXPERIENCE, LLC. Knowing and willfully have caused Punitive damages OVER THE PAST 6 YEARS AND CURRENT TIMES

17. The defendant DON SHIPLEY, CAROL DIANE BLAZER SHIPLEY, and EXTREME SEAL EXPERIENCE, LLC. As they say are military and represent the military should know the laws of military code Hearsay is a statement, other than the one made by the declarant while testifying at the trial or hearing, offered in evidence to prove the truth of the matter asserted." MRE 801(c). These statements are generally inadmissible due to their lack of reliability.

18. The defendant DON SHIPLEY, CAROL DIANE BLAZER SHIPLEY, and EXTREME SEAL EXPERIENCE, LLC as they attack and deflation of character to the plaintiff and the defendants are military violated Article 133 of the UCMJ, which pertains to "conduct unbecoming an officer and a gentleman."

19.        The defendant DON SHIPLEY, CAROL DIANE BLAZER SHIPLEY, and EXTREME SEAL EXPERIENCE, LLC as they attack and deflation of character to the plaintiff and the defendants are military violated ould be violating the Article 134 The elements of crime that should hold true, for the accused to be guilty, are as follows:
The accused person should have actually made the alleged statement
The statement should have been made in public
The statement made was disloyal to the United States
The statement promotes or encourages the troops or the civilian populace to be disloyal, hostile or both towards the United States
The statement impairs and/or interferes with the morale, the discipline or loyalty towards the United States, of a member or multiple members of the US armed forces.
The nature of the statement was such that it brings upon discredit to the US armed forces or it disrupts the discipline and the good order of the armed forces.

20. The defendant DON SHIPLEY, CAROL DIANE BLAZER SHIPLEY, and EXTREME SEAL EXPERIENCE, LLC as they attack and deflation of character to the plaintiff and the defendants are military violated DOD

INSTRUCTION 6400.06 DOD COORDINATED COMMUNITY RESPONSE TO DOMESTIC ABUSE INVOLVING DOD MILITARY AND CERTAIN AFFILIATED PERSONNEL for over 6 years have been serial stalking and targeting the plaintiff willfully

21.      The defendant DON SHIPLEY, CAROL DIANE BLAZER SHIPLEY, and EXTREME SEAL EXPERIENCE, LLC as they attack and deflation of character  to the plaintiff and the defendants are military violated The "No Disclosure Without Consent" Rule
"No agency shall disclose any record which is contained in a system of records by any means of communication to any person, or to another agency, except pursuant to a written request by, or with the prior written consent of, the individual to whom the record pertains [subject to 12 exceptions]." 5 U.S.C. 552a(b). did not have any consent to record post or take videos or pictures of and from the plaintiff

22. The defendant DON SHIPLEY, CAROL DIANE BLAZER SHIPLEY, and EXTREME SEAL EXPERIENCE, LLC as they attack and deflation of character  to the plaintiff and the defendants are military violated Army Regulation 600-20 prescribes online misconduct as punitive, making online behaviors that violates the Army's online misconduct policy punishable under the UCMJ.

23. The defendant DON SHIPLEY, CAROL DIANE BLAZER SHIPLEY, and EXTREME SEAL EXPERIENCE, LLC as they attack and deflation of character  to the plaintiff and the defendants are military violated

# PRAY OF RELIEF

- The plaintiff pray of the following relief federal law emergency arrest warrant on the defendants for the safety of plaintiff
- The plaintiff pray of the following relief federal laws ADA rights violated for interpret by law
- ) The plaintiff pray of the following relief human rights violations by law
- The plaintiff pray of the following relief of all criminal actions maximum to full extent of the laws
- The plaintiff pray of following relief  full compensation of the laws emotional stress
- The plaintiff pray of the following relief of an awarded of compensatory damages in the amount shown according of proof by law
- The plaintiff pray of the following relief of such further and other relief as this court deems just and proper by law
- The plaintiff pray of the following relief of of punitive Damages by law
- The plaintiff prays of following relief to have the video blog shut down permanently for the sake of other victims
- The plaintiff pray of the following relief of under FBI/BIA to Arrest the defendants that allowed the hit and run hate crime
- The plaintiff pray of the following relief of mental abuse for she suffers

- The plaintiff pray of the following relief of to pay all medical costs of there reasonability and any full recovery needs met by the court  by law
- The plaintiff pray of the following relief to have proper justice by a judge to see that the ada laws apply to this case knowing and willing to fair hearing and trial by law
- ) The plaintiff pray of the following relief for help of trauma therapy for the plaintiff by law
- The plaintiff pray of the following relief of to pay of loss wages while haven to miss work of all three jobs and loss of clients by law
- The plaintiff pray of the following relief civil rights violations by law
- The plaintiff pray of the following relief LGBTQA rights violation by law
- The plaintiff pray of the following relief FIOA request non compliance by law
- The plaintiff pray of the following relief invasion. Of privacy
- The plaintiff pray of the following relief by law of the judge see fit for anything the courts jury has deemed to see for the past 6 years and more
- The plaintiff pray of the following relief by law to shut down the company video blog
- The plaintiff pray of the following relief cease and desist laws violated by law
- The plaintiff pray of the following relief intimidation, retaliation, bias, hate, sex, gardener, by law of Maryland, Virginia, Nebraska state laws and federal laws the judge see fit
- The plaintiff pray of the following relief for homeland security to take all legal actions by law on

# Witness or Exhibits

The defendant has history of being sued on similar actions and tries to lie or get out of we as the courts to find this a proof and issues arrest warrants

1. https://www.reddit.com/r/navyseals/comments/14r06wg/class_233_seal_claimshipley_said_no_but/

2. https://www.casemine.com/judgement/us/59145a32add7b049341d1db4
3. https://casetext.com/case/bernath-v-don-shipley-carol-diane-blazer-shipley-extreme-seal-experience-llc
4. https://caselaw.findlaw.com/court/nc-court-of-appeals/1984668.html
5. https://casetext.com/case/bernath-v-youtube-llc
6. https://videos.extremesealexperience.com/movie_Phony-Navy-Seal-Of-The-Week-Robert-Elliott-The-Don-Shipley-Slandered-My-Character-While-I-Was-In-Prison-For-Sex-Crimes-Phony-Seal
7. https://videos.extremesealexperience.com/movie_Phony-Navy-Seal-Phony-Army-Ranger-Of-The-Week-Robert-Christian-Elliott-The-Total-Nut-Job-Phony-Seal
8. https://videos.extremesealexperience.com/movie_Phony-Navy-Seal-Of-The-Week-Jedi-Master-Minister-Yukie-Lola-Sota-Elliott-Nashiala
9. https://videos.extremesealexperience.com/movie_Phony-Seal-Minister-Yukie-Rears-Her-his-Ugly-Head-Again-And-Defending-A-Commanding-Officer
10. Please see extra pictures of proof as well as attacks that the defeandants has caused
11.



9:40

< **Letty Barker**
15h · 🌐                                    ...

Hello.

Hi, this is Officer Montague with
Agings Police Department. Hi, so, uh,
is this Yuki? Did I say that right?

You have reached the City of
Chesapeake Police and fire non-
emergency line. Chesapeake Police
Fire and Rescue Dispatcher Wheeler,
how may I help you?

Yes, Sir.

Yes, I live out in Omaha, NE.
And I've already made a hate
crimes PLA slash cereal
stocking. UMM reports out
here and the individuals are
linked into your guys estate
and I need to make one as well
with you guys.

Yes, you did, Sir. I am. Just
hold on.

OK, so.

OK. No, that's fine.

**Firefighter Navy Seal Fan Club
| "Robert" Yukie Lola Elliott**

**David Chamness**

**Jessica Cotton**

👍 Like    💬 Comment    📞 Send    ➢ Share

😍 1

1 share

**David Chamness**
Ok Yuki we know it's you or should I call you
Robert
9h   Like   Reply                         1 👍

**Mike Holman**
Robert , stop with all your fake profiles.
9h   Like   Reply                         3 👍😍

**Mary Petty**
Does this include being a sex offender on bobs
part?
9h

📷   Write a comment...        😎  GIF  ☺

9:40

 **Letty Barker**
Jul 26 · 🌐

···

1 share

 **Joshua Barwan**

Seen videos about these tyrants. I want to help get these gang banging cops off the streets. Funny how the government create a gang and calls it legal lmao. They literally act like gangs and just pick on and beat on us as citizens everywhere in the world yet they never face hardly any consequences as we would for doing the exact same shit. You would think with all the criticism going around and all the videos that they would straighten up a bit, but it only seems like they are getting worse. We need to hold these tyrants accountable for all of their actions and they need to be treated like anybody else. I think if the entire world gets behind one another, we can stop this insanity and create something better and more justified. I'm tired of seeing all these deaths in wrongful convictions and I'm sure most others are as well. Sorry you're going through this and I hope you get Justi... See more

5w    Like    Reply

 **Mary Petty**

Does this include you being a sex offender bob?

1h    Like    Reply

 Write a reply...

 Write a comment...



7:20

**user3749617951583**



**user3749617951583**
@charleechaplin17
179 following · 82 followers

Today 4:38 PM

 Stop shopping at baby gap and get a
real shirt maybe grow up too seek
some help weirdo

## user3749617951583 sent you a
## message request

We ask that you review these requests carefully.
Accepting this request will let you reply to this chat
immediately. If you delete, this chat will be removed
from your message requests.

Report      Delete      Accept



**Connecting 911 call**

**Connected to CA No.415**

**Dialing 911**
**(Ringing)(Ringing)(Ringing)(Connected)**

**Connecting to the 911 operator. Phone  ringing.  911, police, fire or medical?**

                                        **Police.**

**Okay, for  what  address?**

                    **Before I give the address, I'll send you the supervisor present with them due to the fact that actually I was assaulted by a Bellevue police officer. My name is Yuki Soto Elliott. I just need to make sure for my safety and their safety**



| Call | Share | Lock | Delete | Block |

9:03

< ◯ firefighter navy seal fan club ➤

All   Posts   People   Reels   Groups   Pages   Vid



## Firefighter Navy Seal Fan Club | "Robert" Yukie Lola Elliott

**Join**

Private group · 203 members

### About

Welcome to official fan club of CERT Captain Firefighter Navy Seal where one can follow RSO Commander "Yukie Lola Elliott" exploring boundaries of Omaha Nebraska. Enjoy.  DISCLAIMER:  There are Yukie Bikini photos and this group is not sanitized so don't cross over without knowing.

Info    Related groups

### Group activity

💬  6 new posts today

👤  203 total members
   + 19 in the last week

👥  Created about 8 months ago

**Join group**



9:34

(757) 382-6161
September 11, 2024 at 9:29 PM

Call connecting...

Connected to ASR No.10036

Dialing (757) 382-6161
(Ringing)(Ringing)(Ringing)(Connected)

**You have reached the City of Chesapeake Police and fire non-emergency line. Chesapeake Police Fire and Rescue Dispatcher Wheeler, how may I help you?**

> **Yes, I live out in Omaha, NE. And I've already made a hate crimes PLA slash cereal stocking. UMM reports out here and the individuals are linked into your guys estate and I need to make one as well with you guys.**

**Umm, just give me one moment here. What do you mean? What do you mean by linked?**



Call    Share    Lock    Delete    Block

SEP 5 AT 6:38PM

Hey your a fucken fake ass military person haha Don Shipley links do work we found your fagot ass

Your a dead mother fucker Don has gather us all to kill your amd make sure ur rapist ass will not
Live your wife deserve better ur a fucked freak a monster

I'm glad Don posted your address And company's and all your information.

What give you the right mother fucker your a dead person when I see you I'm gona vidoe it and send it to don me blowing your fucken head off hahahaha and I'll rape
Your fagot ass and show the world your just a. Fucken guy no a woman and your sick as mental health
 issues freak

**You restricted Letty**
They can't see when you're online or when you've read their messages.

## Unrestrict

Is there medication for this? : r/FirstResponderCringe   9/12/R6, 10:56 PM



← **r/FirstResponderCringe** · 3 days ago   •••
Affectionate_Self396

# Is there medication for this?

Whacker/Chaser POV



⇧ 0 ⇩    💬 113    ꙮ    ↪ Share

➕ **Add a Comment**

Sort by:   Best ∨     🔍 Search Comments

 **imamidgetcatcher** · 3 days ago

That is 100% an old Army Class A shirt with shit
glued to it. Da fuq.

⇧ 11 ⇩    💬 Reply    ꙮ Award    ↪ Share

⊕ 1 more reply

https://www.reddit.com/r/FirstResponderCringe/comments/1fdbcys/is_there_medication_for_this/



**Grey_Navigator** · 3 days ago

Some more pictures of her cosplaying, for those of you that for some reason feel the need to defend this loon. (Yes that's her personal car)

https://www.instagram.com/reel/C4g44Lwu6zi/ ?utm_source=ig_web_copy_link

 42  Reply  Award ⤷ Share

 **Affectionate_Self396** OP · 3 days ago



Extreme SEAL Experience
Aug 8, 2018 · videos.extremesealexperienc...

Phony Navy SEAL Phony Army Ranger of the Week. Robert ...

Phony Navy SEAL Phony Army Ranger of the Week. Robert Christian Elliott. The TOTAL NUT JOB Phony SEAL.

 15  Reply  Award  S

 **LongjumpingKiwi5980** · 3 days ago

OH SHIT the plot thickens

 9  Reply  Award ⤷ Sh

 10 more replies

 **unvaccinatedmuskrat** · 3 days ago

Hypocrisy is real, I love that you guys are kind and defending the person in this post but destroyed the person in this one https://www.reddit.com/r/FirstResponderCringe /s/lbxl5rl56N

⊖  23 ⬇ Reply Award ⤷ Share

 **4QuarantineMeMes** · 3 days ago

It's unreal how different the comments

are.

⇧ 14 ⇩    💬 Reply    🏅 Award    ↱ S

⊕ 1 more reply

⊕ 1 more reply

**Loki_8888**  · 3 days ago

Isn´t impersonating a federal law enforcement officer a federal crime? He is wearing a patch of homeland security? Or is he a member of FEMA?

⊖    ⇧ 17 ⇩    💬 Reply    🏅 Award    ↱ Share

**Affectionate_Self396** OP · 3 days ago

He wears a lot of different patches and medals. He works at Freddie's Burger joint here in Omaha. He used to wear a Purple Heart, Army Ranger with Navy Seal medals.

⇧ 21 ⇩    💬 Reply    🏅 Award    ↱ S

⊕ 2 more replies



**WarCrimeWhoopsies**  · 3 days ago

Lmao. I knew this sub was gonna hate this! Good one OP

⇧ 16 ⇩    💬 Reply    🏅 Award    ↱ Share



**Gasmaskguy101**  · 3 days ago

Mental case.

⇧ 17 ⇩    💬 Reply    🏅 Award    ↱ Share

**Submarine_Pirate**  · 3 days ago

This sub defending everything it lambasts on a daily basis just because it's a nonbinary person

Is there medication for this type of situation and the 9/12/R6, 10:56 PM



this time smh

⊖  ⤊ 14 ⤋    💬 Reply    ☺ Award    ↪ Share

  **unvaccinatedmuskrat**  · 3 days ago

Its reddit what did you expect

⤊ 6 ⤋    💬 Reply    ☺ Award    ↪ Sh

**Helassaid**  · 3 days ago

Regardless of your feelings towards the LGBTQIA+ community, nobody wants this person showing up on their scene, bossing people around, or potentially speaking to the press on your behalf.

What even is a CERT captain and why is this person wearing a FEMA patch opposite a split flag/star of life patch? With an actual tie? I'm confused what sort of organization this even could be, and the multiple different, parallel insignias are... questionable.

⊖  ⤊ 14 ⤋    💬 Reply    ☺ Award    ↪ Share

**Affectionate_Self396**  OP  · 3 days ago

Very insightful. The post has nothing to do with the LGTBQ+ community. But some are making it about that. It's about an individual who presents themselves as something they're not. This person also presents themselves as a military veteran and Navy Seal. They never served

⤊ 9 ⤋    💬 Reply    ☺ Award    ↪ Sh

**Mental-Show-7862**  · 3 days ago

Minding your own is a pretty effective med for this type of situation

⤊ 7 ⤋    💬 Reply    ☺ Award    ↪ Share

⊕ 9 more replies

Is there medication for this? : r/FirstResponderCringe    9/12/R6, 10:56 PM

 **Crafty-Pin-6051** · 3 days ago

Nope unfortunately that's a freak

⬆ 8 ⬇   💬 Reply    ⚲ Award    ↗ Share

 **bbq36** · 3 days ago

Sorry but as soon as he/she/they/them puts on
the lipstick he/she/they/them can do nothing
wrong here on Reddit! So how dare you! 😡

⬆ 8 ⬇   💬 Reply    ⚲ Award    ↗ Share

 **Roaming-Californian** · 3 days ago

Nothing that won't get me banned.

⬆ 2 ⬇   💬 Reply    ⚲ Award    ↗ Share

 **Mysterious-Track679** · 2 days ago

He appears to be a sex offender.

https://unlimitedcriminalchecks.com/Profile/?
id=NE_SEX_4699

⊖  ⬆ 2 ⬇   💬 Reply    ⚲ Award    ↗ Share

    **Mysterious-Track679** · 2 days ago

   And has an impersonating a public servant
   charge

   https://lockedup.wtf/inmate.php?
   id=10039322045

   ⬆ 2 ⬇   💬 Reply    ⚲ Award    ↗ Sh

   ⊕ 1 more reply

    **RoughTelephone** · 1 day ago

   Shocking Revelations for $500 please!

   ⬆ 1 ⬇   💬 Reply    ⚲ Award    ↗ Sh



**Medellin2024** · 2 days ago

Lmao is this the POS who got exposed for pretending to be a navy seal army ranger Mossad agent. And whatever else

⌃ 2 ⎍   ⬜ Reply   👤 Award   ↗ Share

Skip to main content



**Grey_Navigator** · 3 days ago

Loving the captain bars, is she actually working for a real department? That uniform looks homemade.

⊖   ⬆ 1 ⬇   💬 Reply   👤 Award   ↗ Share

**Affectionate_Self396**   OP · 3 days ago

No she doesn't. This individual will go into McDonald's demanding military discount wearing BDU's. Purple Hearts.

⬆ 14 ⬇   💬 Reply   👤 Award   ↗ S

⊕ 1 more reply

**Affectionate_Self396**   OP · 3 days ago



⬆ 9 ⬇   💬 Reply   👤 Award   ↗ Sh

⊕ 4 more replies

   🔍    r/FirstResponderCringe ⊗   Search in r/FirstResponderCringe

He will be in charge of the FEMA re-education

camps. I am a woman he will cry as they shock
your nipples with a car battery.

⇧ 1 ⇩    💬 Reply    🏅 Award    ↗ Share

 **TimeManagement6862** · 3 days ago

You're just an ass, leave them be

⇧ -1 ⇩    💬 Reply    🏅 Award    ↗ Share

 **U5e4n4m3** · 3 days ago

⊖

 **Round_Concentrate88** e
u/Round_Concentrate88
🏷 Apr 22, 2021

**90**           **2,095**
Post karma    Comment karma

What is karma?

Follow    💬 Chat

Can we guess who he's voting for?

⊖  ⇧ 0 ⇩    💬 Reply    🏅 Award    ↗ Share

 **Mysterious-Track679** · 1 day ago

He can't, he's a sex offender

⇧ 3 ⇩    💬 Reply    🏅 Award    ↗ Sh

⊕ **[deleted]** · 3 days ago

⊕ **Schmuck1138** · 3 days ago

⊕ **Lucky-Safe-9504** · 3 days ago

⊕ **Ill_Initial8986** · 3 days ago

## r/FirstResponderCri...

### FirstResponderCringe
Tmfms. Hit it hard from the yard brøthërs.
Tow Lives Matter

**123K**           **20**           **Top 2%**
Members      Online      Rank by size ↗

 r/funny

**Thanks for clarifying.**

932 upvotes · 23 comments

 r/todayilearned

**TIL the Chang Tang region,
which is spread over 1600 k...**

325 upvotes · 12 comments    

 r/LoLPHSubreddit

**Is there a cure for this?**



Is there medication for this? : r/FirstResponderCringe    12/12/R6, 10:56 PM

(+) unfinishedtoast3  · 3 days ago

(+) AuNanoMan  · 3 days ago

(+) [deleted]  · 3 days ago

(+) LongjumpingKiwi5980  · 3 days ago

(+) Round_Concentrate88  · 3 days ago

 ← **r/FirstResponderCringe** · 2 mo. ago
Ptards_Number_1_Fan                                          •••

# Bellevue, OK

Yuki likes to pretend they're a first responder and a
member of the press 😊



⇧ 251 ⇩        💬 76        ℧        ⤷ Share

＋ **Add a Comment**

Sort by:   **Best** ⌄        🔍 Search Comments

 **TheUnworthy90** · 2 mo. ago

The hell am I lookin at here ?

⊖  ⇧ 83 ⇩      💬 Reply      ℧ Award      ⤷ Share

 **Ptards_Number_1_Fan** OP · 2 mo. ago

THIS

⌃ 94 ⌄ 💬 Reply ♙ Award ➦ S

⊕ 34 more replies

⊕ 1 more reply

 **TheBigChungoos** · 2 mo. ago

Ah yes, the PRESS's "CERT" team, for when those stories get a little too serious.

⌃ 43 ⌄ 💬 Reply ♙ Award ➦ Share

 **Ptards_Number_1_Fan** OP · 2 mo. ago

⊖ ⌃ 30 ⌄ 💬 Reply ♙ Award ➦ Share

 **Ptards_Number_1_Fan** OP · 2 mo. ago



| BP24-14453 | $5,000.00 | 10% |
| BP24-14453 | $5,000.00 | 10% |

⬆ 12 ⬇    💬 Reply    🏅 Award    ↗ S

⊕ 5 more replies

**S8__** · 2 mo. ago

"My name is Jedi Master Minister Yukie Lola Nashaia Soto-Elliott".... And from there, it gets crazy.

⬆ 27 ⬇    💬 Reply    🏅 Award    ↗ Share

⊕ 1 more reply

**FDI_Blap** · 2 mo. ago

Now this is quality cringe.

⬆ 23 ⬇    💬 Reply    🏅 Award    ↗ Share

**mblergh** · 2 mo. ago

This isn't your average every day autism, this is advanced autism

⬆ 45 ⬇    💬 Reply    🏅 Award    ↗ Share

⊕ 4 more replies

**GalvanizedRubbish** · 2 mo. ago

Sometimes I feel inadequate in my field, but then I remember people like this exist.

⬆ 9 ⬇    💬 Reply    🏅 Award    ↗ Share

**JoePikesbro** · 2 mo. ago

For only $59.50 you too can be a Jedi Master Minister!

⊖    ⬆ 9 ⬇    💬 Reply    🏅 Award    ↗ Share



**Becaus789** · 2 mo. ago

Shouldn't it be 58.50 credits?

⬆ 5 ⬇    💬 Reply    🏅 Award    ↗ Sh

⊕ 2 more replies

**quixote09** · 2 mo. ago

This is some Step Brother quality stuff right here. TYFYS 🫡

⬆ 6 ⬇    💬 Reply    🏅 Award    ↗ Share

**Mechanic_On_Duty** · 2 mo. ago

Shouldn't that be a red flag?

⬆ 5 ⬇    💬 Reply    🏅 Award    ↗ Share

**Livin_In_A_Dream_** · 2 mo. ago

It's the shoes that piss me off! I mean what EMT or PRESS would ever wear those to work! 😭 🤦 we are doomed

⬆ 5 ⬇    💬 Reply    🏅 Award    ↗ Share

**breyewhy** · 2 mo. ago

$165 is cheap for w Jedi Master, I wouldn't settle for anything less than $200 seems like a scam, unless..... its those dang Jedi mind tricks again. Or a stroke hopefully they can help me and put it in the news.

⬆ 5 ⬇    💬 Reply    🏅 Award    ↗ Share

**bbqmb** · 2 mo. ago

I'm just gonna leave this here...
https://www.instagram.com/reel/C4q44Lwu6zi/?igsh=eHpnZjF0MHpvYmJ5

↑ 4 ↓    💬 Reply    ✂ Award    ↗ Share

⊕ 1 more reply



**Usual-Tennis-8376** · 2 mo. ago

Nice ass

↑ 3 ↓    💬 Reply    ⚙ Award    ↗ Share

⊕ 1 more reply

**jaslo1324** · 2 mo. ago

There is a lot going on here. That is all.

↑ 3 ↓    💬 Reply    ⚙ Award    ↗ Share

**PossibleFireman** · 2 mo. ago

M they need to be banned legally from wearing
that



ly    ⚙ Award    ↗ Share

**Sufficient_Report319** · 2 mo. ago

This feels like Chris Chan all over again

↑ 3 ↓    💬 Reply    ⚙ Award    ↗ Share

**outlaw-chaos** · 1 mo. ago

This is the person who claims to be born HOH
and also a veteran while being Sitting Bull's
great great grandchild when it's proven he only
has 4 living descendants. Yukie is a
pathological liar on many levels.

↑ 3 ↓    💬 Reply    ⚙ Award    ↗ Share

**Affectionate_Self396** · 9 days ago

Robert Christian Elliot, who he was before
Yukie. Nothing but stolen valor. Don Shipley

exposed Yukie.

⊖ ⌃ 3 ⌄   ⬜ Reply   ⚬ Award   ⤳ Share

**outlaw-chaos** · 8 days ago

Also a sex offender.

⌃ 2 ⌄   ⬜ Reply   ⚬ Award   ⤳ Sh

*Wonderful Syrup 6949*

🔍   ◉ r/FirstResponderCringe ⊗   Search in r/FirstResponderCringe

against them..... I found a few post where he's
posted address of people claiming them to be
on drugs..... 1) news press doesn't doxx people
like that 2) the if the DEA was looking for them
they wouldn't post their address to alert
them.... WOW this dude is nuts I feel sorry for
those people

⌃ 3 ⌄   ⬜ Reply   ⚬ Award   ⤳ Share

**Wonderful_Syrup_6949** · 9 days ago

Apparently there's a fan page for stolen valor
😕

⊖ ⌃ 1 ⌄   ⬜ Reply   ⚬ Award   ⤳ Share

**Wonderful_Syrup_6949** · 9 days ago

It's called firefighter navy seal fan club|
"Robert" Yuki lola Elliott"

⌃ 1 ⌄   ⬜ Reply   ⚬ Award   ⤳ Sh

**Ptards_Number_1_Fan** OP · 5 days ago



### r/FirstResponderCri...        Join

**FirstResponderCringe**

Tmfms. Hit it hard from the yard brøthërs.
Tow Lives Matter

| **123K** | **21** | **Top 2%** |
|---|---|---|
| Members | Online | Rank by size ↗ |

◉ r/FirstResponderCringe

**Apologies**

153 upvotes · 31 comments

◉ r/AutismInWomen

**Resting Bitch Voice -**

2 upvotes

◉ r/FirstResponderCringe

**Y'all want real cringe? I just shit myself as I
walked into work at the Sheriffs Office.**

682 upvotes · 180 comments

◉ r/FirstResponderCringe



⌃ 1 ⌄    💬 Reply    🏅 Award    ↪ Share

 **nonja-bidness** · 2 mo. ago

first time i've seen a post that isn't cringe (at least imho)

CERT is Community Emergency Response Team. it's a volunteer organization that supports gov't / 1st responders. there's quite a bit of training involved to become a volly and i'm pretty sure it originated with fema. looks like that person's just helping direct traffic, not cosplaying or stealing valor.

⌃ 0 ⌄    💬 Reply    🏅 Award    ↪ Share



# Chesapeake Crime Line
**Chesapeake, Virginia, United States**
1-888-562-5887 | www.chesapeakecrimeline.org

Your information was submitted successfully. Use the credentials below to login and add additional information at any time. Also, please login often to see if any questions or messages have been left for you. You can login through your browser on a PC, smart phone, or other mobile device. You can also call our hotline at 1-888-562-5887 and refer to the Tip ID below to add additional information or check on the status of the tip.

## Login Instructions

Website: www.p3tips.com
Tip ID: 1034-W3557
Password: ▮▮▮▮▮▮

You may reach us by the following methods:
Hotline: 1-888-562-5887
iOS or Android Mobile App: P3 Tips
Mobile or PC Browser: www.p3tips.com

CLICK HERE TO CHAT LIVE OR ADD ADDITIONAL INFORMATION

**Important:** Record the login information above somewhere safe. Thank you for submitting your tip. Please be aware that Crime Stoppers is a private, non-profit organization. The information you have provided does not constitute a police report. Your information will be reviewed and forwarded to the most appropriate law enforcement agency. Add follow-up information anytime. If this is an urgent matter call 911.

Comments



**Tabby**

08/22/2018
20:01:13

Well, its been a while since i commented. Had court today. Didnt go well. He will be out in 18 months. I really thought he would get more time but apparently reading psaíms 50 to the judge softened the blow. He put on one hell of a show.



**BoyScout**

08/21/2018
13:53:13

Awesome video.



**Joe**

08/18/2018
00:57:58



**hball13**

11/19/2023
14:39:50

Just another Sunday waiting for tomorrow's reality, took my meds.... 😎😎
Stay thirsty site members 🍺🍺🍺



3    1    5



**Hoop**

11/19/2023
14:28:49

if you dont have anything good to say......than dont say anything at all. i wish more people lived by the golden rule.



**Mr. T**

08/12/2018
03:03:51

I hope the guy at least got dick bombed... crazy someone would say that about this girl. I personally never saw the comment, however I typically don't lurk the thread. It's a shame, someone in this community would say That, seems like we have a turd in the punch bowl.

2



**Jordanb18**

08/11/2018
23:25:11

What a shame some clown would do that, sounds like some jabronis are joining to cause discontent with legitimate people outing phonies.

Tex Cobb wannabe from uncommon valor : sailor



**MANCHU**

11/19/2023
13:32:32

Blair, you're a diver, ya should know this: How do you circumcise a whale ?

.............................................................................................................................
.............................................................................................................................
.............................................................................................................................
.............................................................................................................................

Send down four skin divers

3      2      1



**SittingElf**

08/11/2018
18:26:53

WTF??!! There is simply no sense to that comment. Whoever wrote that needs a reality check! Hope you kicked off the site because there is no call for that kind of shit!
I thought you did a great job of drawing out the story from her, and your willingness to assist her is a testament to your dedication. There will always be trolls, but fortunately, you can kick them the fuck out! Cheers!

2



**DocFMF**

08/11/2018
14:23:48

I missed it but sucks. I know I'm missing the community connection here because I don't really participate in comments, but easier insulate oneself from potential bs. Not any of your faults. Its cool being a part of this community even if a silent one. Keep up the great work!

1



**MANCHU**

11/19/2023
13:28:25

A priest, a minister, and a rabbi want to see who's best at his job. So they each go into the woods, find a bear, and attempt to convert it.

Later they get together. The priest begins: "When I found the bear, I read to him from the Catechism and sprinkled him with holy water. Next week is his First Communion."

"I found a bear by the stream," says the minister, "and preached God's holy word. The bear was so mesmerized that he let me baptize him."

They both look down at the rabbi, who is lying on a gurney in a body cast. "Looking back," he says, "maybe I shouldn't have started with the circumcision."

1



**TERRY**

08/11/2018
00:45:18

Don you do a Great Service and there will always be Trolls ! Don't let this discourage you , Keep on Keeping On ! And Tabby stay Strong Girl !

1



**NHdad**

08/10/2018
19:40:57

Yes, wife hit NY and ETA NH time 11 PM. Kids will be asleep but I get to carry them to bed! Tommorow off to Winnipesaukee. If you are not familiar with this area. winnipesaukee is a 22 mile long lake (give or take) and is spring fed. There is a special place on the Moltonboro side where we get together with multiple families and enjoy a great weekend. Now, think about this. The people who will be there are parents of 2 West Point Cadets, 1 Annapolis Cadet and one Navy SEAL. Those parents must have done something right.



**Yosemite Sam**

11/19/2023
12:46:07

How does he wipe his ass? Asking for a friend.

5



**MANCHU**

11/19/2023
12:19:17

1

Watch on Youtube



Comments



**LCAC1141**

11/28/2023
09:56:45

That was rough, Senior. Ocular masochism...

did yall know Ms Robin is a devout Optimist??



1       3



MANCHU



**Sgt. Pop**

11/27/2023
15:23:10

oh please, not a second time.... nooooooo



**cliff**

11/27/2023
09:06:40

I'VE GOT IT I'VE GOT, IT'S JOHN CANDY IN "WHO'S HARRY CRUMB"

11/19/2023
12:03:24



2



**MANCHU**

11/19/2023
11:59:05

1



**GJackJones**

11/27/2023
07:47:25

Some things are just W-R-O-N-G; this is one of those!

After watching that it feels like I've been snake bit, my eyes are stinging and my mind has gone numb.

1



**Sled**

11/27/2023
06:21:58

what a total moron can't believe somebody has it, shot this dude in the face. When was he ever supposed to be small enough to even pass a physical to go in any branch of the military? He doesn't look to be very old, so he had to be fat as hell when he was just a teenager. wow I hope you don't lay off of this idiot



2



**MANCHU**

11/19/2023
11:51:29

1



**Flying Honker**

11/25/2023
19:00:16

Don, this is an absolute nut job.

1



**jmoo678**

11/25/2023
15:17:03

Steven segals sister?



1       4



**MANCHU**

11/19/2023
11:50:54



**flyingfishcook**

11/25/2023
13:22:55

Hey Senior Chief was that the Robert Elliot that taught hand to hand combat in your BUDS class? 😂😂😂

1



**Levi**

11/25/2023
12:32:30

I think mama hugged this one a little too hard around the head as an infant.



**QualifiedPI**



2



**Mr Happy**

11/19/2023
11:30:47

Looks like Chris Farley and John Candy had a kid

1



**Alf51175**

11/19/2023
11:20:28

Couldn't tell if that was an audition for a dance team or bullshido.

1

11/25/2023
11:18:52

King fu panda... the wish.com version.



**m1a119K**

11/24/2023
14:07:52

It's actually funny how he thinks lying to the media is a crime.



**m1a119K**

11/24/2023
11:40:03



**SubSKC724**

11/19/2023
11:15:01

From the movie Animal House comes the line "Fat drunk and stupid is no way to go through life son.". Sure seems to fit this idiot. Can't figure out what his real job is. Probably doesn't have one. Sure seems to like to confront people without proving who he is. I liked the girl in Denny's. She wasn't backing down. A food critic in Denny's? I don't think so. 😜

3



**Jugghead**

11/19/2023
11:12:03

If I didn't know better I'd say this is Chris Farley!!

Ok- this guy got me upset. Sucks- I don't get upset over strangers. Hypothetically thinking about a movie maybe were one sub, dm's another sub, and shares dox, then I think aliens invade- completely made up story line. Anyway I've taken my breaths. Peace on Earth



**m1a119K**

11/24/2023
11:21:45

It's Chris Farley the dancing the ninja dance.



**MikeS8080**

11/24/2023
09:21:29



**redman**

11/19/2023
11:02:25

Ive been traumatized by this video, probably gonna need some time with the shrink now. Damn

2



**donshair**

11/19/2023
10:30:08

Thats the ugliest tranny I've ever seen. FFS.



**ebeeby**

11/19/2023
09:58:58

Good lord...



**ChillBilly**

11/23/2023
19:15:03

Chris Farley lives.

2



**Madlax**

11/23/2023
11:15:39

Holy hell thats a quite the maniac. Probably dangerous to the general public.

1

woot!

4



**hball13**

11/19/2023
09:39:29

New York city is a Santuary mess and getting worse. Diversity is our strength as the Leftists take
down our Nation from the inside out!
https://www.police1.com/police-recruiting/articles/nypds-budget-will-be-cut-by-132m-next-5-
academy-classes-cancelled-4qhNYi1tNBmVlYue/

3



**Herding Electric Chickens**

11/19/2023
08:57:58



**ItsMe**

11/23/2023
10:16:05

This fat fuck couldn't fight his way out of wet paper sack with a pair of damn scissors! He's got one of those heads you just want to put your fist through! Obviously he's got some serious mental issues, and usually I would have some sympathy, but not for a sex offender.

1



**Moscowexpat**

11/23/2023
06:54:36

Gold!



**bossrigger**

11/22/2023
13:11:56



3        1



**Roy_Bean**

11/19/2023
08:57:26



Naked samurai



**Fox**

11/22/2023
12:01:17

Easy, that's the Beverly Hills Ninja



**Jonah**

11/22/2023
10:12:24

There is no way I could sit and watch that creep a second time!



**Leo**

2      1      1



**Herding Electric Chickens**

11/19/2023
08:36:06

I can't wait until this video gets uploaded to Youtube and Rumble

4



**Herding Electric Chickens**

11/19/2023
08:07:26

The video toughened Macnchu up so much he put on a speedo and a tutu and was last seen dancing Swan Lake... oh, the humanity...

5

11/22/2023
08:49:26

I can't remember its name but that is the trans seal imposter from a couple years ago



**Space boy**

11/21/2023
19:46:29

Ok it is not the naked samurai. I gave it my best.



**Space boy**

11/21/2023
19:45:04

The naked samurai



**Minecraftdd214**

11/19/2023
07:58:56

Well I rang the bell about fifteen seconds in. Couldn't make it through Michael Harville the vibrating phony's bullshit power point either.

1        2



**Tim**

11/19/2023
07:37:41

I didn't have a clue but can i still have a Waffle House koozie? 🍺

1        3        1



**ChillBilly**

11/21/2023
17:40:25

Hey folks!



**Rick**

11/21/2023
14:19:01

I don't know senior I'm 220 lbs of twisted steel and sex appeal I crap thunder and piss lightning Bolts 365 except for leap year 366 😌



**Hinc**

11/19/2023
07:16:45

The saddest part of the beginning of this video is, everyone just stood there and didn't even try to get a spoon in his mouth..

1



**Corndog**

11/19/2023
06:11:39

i thought i was good till you said to watch it a 2nd and 3rd time.....

3        1



**Old Pudgy**



**TommyF**

11/21/2023
14:03:41

Kung Fu Panda. Now I'll look for your email and I'll send you my address.



**David A**

11/21/2023
09:47:54

He looks like John Belushi and Chris Farley had a baby.

2



**Drew**

11/19/2023
05:52:16

I showed my buddy that karate crap he was doing— didn't skip any of it! He instructs MMA (he's legit, and not a Navy SEAL. I've been to his course and seen him compete) and he got a damn good laugh out of it.

3



**Chuck golf :2/26th mar**

11/19/2023
05:47:18

Good Morning To You'ze All From Cardinal ❤ ₁.₃Chuck

4



**Rheu**

11/19/2023
05:24:24

11/21/2023
00:15:29

Guys a fucken idiot !



**Earlyhaze**

11/20/2023
19:31:09

Looks like one of the ships you were on in the Navy!



**Bignick86**

11/20/2023
19:18:52

WTF did I just watch I wanna fight that dude I'm a big dude 6ft 3in 300lbs born and raised in Philadelphia If anyone can find a way to set it up I'll fight that weirdo in a ring, cage, or street I don't care let make it happen.



**Herding Electric Chickens**

Painful !!!!!!!! I will never get those 10 minutes back. What did I just watch ????

2      1



**MANCHU**

11/19/2023
04:43:13

my traditional Sunday mornin song

Watch on YouTube
Shenandoah - Sunday In The South (Video)

3

11/20/2023
16:53:38


Reasons You Are a Superior Asshole From The Northeast

You've never lived south of the Mason-Dixon line and you probably never will.

When people call you a sarcastic bitch, you don't take it as an insult. You appreciate that they acknowledge that trait and love you for it.

When you give someone a compliment, it means a lot to them because you compliment sparingly. Your compliments have a lot of clout because you wouldn't say something that kind unless you genuinely meant it.

You love fall foliage but wish tourists would just shut up about it. The last thing you need is to run into another BnB-er yapping about how they just love your state this time of year.

You own at least one slightly preppy or conservative outfit because you understand how to dress in civilized society and that it's not always appropriate for people to have rips all over their clothing.

People always tell you to drink herbal tea and they need to stop. Unless they're offering you a cup of black coffee, you'd really like for them to stop talking because it's too early in the morning to hear someone yammering endlessly about lavender chamomile tea.

You prefer not to acknowledge the fact that you have emotions and do, on occasion, feel feelings.

Watching shows about a New England town supposedly like yours (Gilmore Girls) or about New York City (Friends, HIMYM, Seinfeld, every other show ever) will always be annoying.

Adorable Connecticut towns exist, but not ones that host pie-eating contests and knitting competitions every other day.

Speaking of CT, you always shit on Connecticut, but honestly aren't sure why. It's just something you learned from sarcastic Northerners that came before you. It's a perfectly nice place, but you'll probably continue to scoff at it.

You have very rigid opinions about New York City, even if you grew up right across the river.

If you're from New Jersey, you will defend it to the death while talking people's ears off about Pork Roll, WaWa, diners and so on.



**Bob**

11/19/2023
01:43:30

I watched the video and can now state with absolute certainty that we now know who ate all the pies.

1        1



**Klink1960**

11/19/2023
01:37:54

If you're from outside New Jersey, the only parts of Jersey that exist in your mind are the shore, AC, and Trenton, which sends shivers down your spine. Other than that, it's just the state with jug handles you'd rather not deal with.

You think every city outside the Northeast (especially not on the East Coast) is too young. They have no history, no cobblestones and no stories about Paul Revere.

If you relocated to the Northeast, you love not having to be nice or talk to people unnecessarily. Don't lie. It's pretty blissful not to converse in line at the grocery store.

If you relocated away from the Northeast, you are constantly confused as to why people think you're mean. People don't think your sarcasm is hilarious and endearing. They think it's rude and will sit you down to talk about your attitude during your first week of work.

You believe that participating in a sporting event means yelling.

Yelling at the television, the fans, the players or the heavens. You can be yelling support, but the volume needs to be a few decibels above your average tone of voice.

You're not turned off by the title of this article.

You think there's nothing more terrifying than driving down to Florida and driving past all the big crosses on the side of the road when you cross into Georgia. You like Georgia.

You respect Georgia. But like, the crosses are a lot to handle.

It's not road rage if you know you're right and the other driver's clearly wrong.

5



**jimmijo**

It looks like a flying bean bag!

1          1



**Stevel077**

11/19/2023
01:08:56

I may not have known who it was, BUT I know with 100% certainty that it's a registered Democrat looney tune 😕. The pink hair on this leftist was a huge give away. All clowns. The dem party is riddled with mentally insane

4          1



**Junior**

11/19/2023
01:05:27

What a wierdo

1

11/20/2023
16:10:00

45 degrees & raining--45 yrs ago I would have been sitting in a duck blind, sucking on a bottle of blackberry brandy----when the weather's hot & sticky, that's no time for dunkin dickie--but when the frost is on the pumpkin, that's the time for dunkin dickie

1



**MANCHU**

11/20/2023
16:07:54



**A Dom**

11/19/2023
00:56:00

Got some nerve confronting people for code violations as a registered sex offender. Word will spread of that real quick and I'm sure those videos won't go so well for him when it does. Idiot.

1



**Subman**

11/19/2023
00:41:42

This came on as I pulled in the drieway today, so I went around the block again

Watch on YouTube
Fishing In The Dark

4

Watch on YouTube
The Cranberries - Zombie (Official Music Video)

3



**Hef83**

11/18/2023
23:05:55

Watch on YouTube
Ozzy Osbourne - Hellraiser



3



**hball13**

11/18/2023
23:08:59

Watch on YouTube
Guns N' Roses - November Rain

2        2



**hball13**

11/18/2023
23:06:25

Delores taken to early ⚕ Slainte

Watch on YouTube
Like a Bad Girl Should



1       3



**hball13**

11/18/2023
23:12:29

Watch on YouTube
Pink Floyd - Wish You Were Here

1       2



**hball13**

11/18/2023
23:20:11

Watch on YouTube
ZZ Top - Legs (Official Music Video) [HD Remaster]

4



**Hef83**

11/18/2023
23:14:32



**Hef83**

11/18/2023
23:20:18

Watch on YouTube
Bikini Girls with Machine Guns



3

Watch on YouTube
Deep Purple - Smoke on the Water (Audio)

1      2



**Hef83**

11/18/2023
23:25:18

Watch on YouTube
Hypnotized (2018 Remaster)

4

Watch on YouTube
The Beatles - Something

2



**Artword**

11/18/2023
23:29:08

Wtf... makes me wanna soak my eyes in battery acid...



**hball13**

11/18/2023
23:25:37

3        1



**Hef83**

11/18/2023
23:32:45

Watch on YouTube
I Can't Tell You Why (2013 Remaster)

3



**Hef83**

11/18/2023
23:30:34

Watch on YouTube
Hotel California (2013 Remaster)



4        1



**hball13**

11/18/2023
23:44:56

Watch on YouTube
Whitesnake - Is This Love (Official Music Video)

Watch on YouTube
No Doubt - Sunday Morning

3



**Hef83**

11/18/2023
23:52:23

Watch on YouTube
Southern Cross

3        1



**Hef83**

11/18/2023
23:47:09



**Hef83**

11/19/2023
00:01:31

Watch on YouTube
Dolly Parton - Free Bird (feat. Lynyrd Skynyrd) (Official Audio)

2



**hball13**

11/19/2023
00:00:04

It's Sunday in the Central!



**MANCHU**

11/19/2023
00:01:36

MOM, I didnt forget!! lol, been busy with movies.

Watch on YouTube
The Monkees - I'm A Beliver (Original Video HD)

1        1        1



**Hef83**

11/19/2023
00:05:49

Watch on YouTube
Lynyrd Skynyrd - Gimme Back My Bullets (Audio)



3        1

Watch on YouTube
Tom Cochrane - Life Is A Highway (Official Video)

4        1



**Hef83**

11/19/2023
00:09:41

Watch on YouTube
Midnight Rider



4        1



**Hef83**

11/19/2023
00:39:38

Watch on YouTube
Watch on Youtube

2



**hball13**

11/19/2023
00:31:05

I'm calling it! Still fighting an upper respiratory bug. Enjoy your time everyone.



**Blairzy**

11/19/2023
15:22:28

Roy Big county Nelson has still got it. They say for a fighter power is last thing to go as you get older. Roy is 46 now, and he still has a chin...

Watch on YouTube
Gamebred bareknuckle 4: Roy Nelson vs Dillon Cleckler (Full Fight)



4          1          1

Sr .. what the hell did any of us ever do you to deserve to have to watch Cher in a Gi like that on mat. Did one of us hurt you lol

2        1



**redman**

11/19/2023
16:00:13

https://www.youtube.com/shorts/Xu2VtBM3cGI ride em cowboyz



6

Gooood Lawd is that mr miyagi in real life lol



**Shammy**

11/19/2023
18:26:23

Is this the same fat tub of shit that was chopping fruit with a 1.99 sword?

3



**Shammy**

11/19/2023
18:24:00

Today kids like to bully and attack on the internet. I kinda like like the way we settled things when I was a kid. Once it was over, it was over with. Now let's get back to the road hockey game !!



4        1



**raider**

11/19/2023
19:33:03

link to the first time don called him?



**JLittleton7**

11/19/2023
18:38:17

3      4



**ShotInTheDark71**

11/19/2023
20:16:01

That is so damned disturbing WTF is going on this planet ? The way I describe our current situation is this. There has to be an outside source possibly ETs beaming some e type of Mind Control Brain washing onto the populations of the world. Why ?? To destroy this planet and come in an d possibly steal all our recourses that's one possibility and unfortunately it seems to be the ONLY possibility that makes sense !! Non of what is going on is normal it is some type of mind controls or brain washing yes possibly being done by ETs !! Does anyone out there agree with me ? Im very curious to know !!

5



**Blairzy**

11/19/2023
19:46:35



**BoRod**

11/19/2023
20:38:31

Good one , Where do you find these ' Things ' ?



**Roy_Bean**

11/19/2023
20:37:35





**Chris**

11/19/2023
20:42:30

Hopefully he pisses off the wrong guy and gets shot, like that tick tocker guy who used to pretend like he was going to attack people. He did the prank to an armed Uber eats driver who then proceeded to shoot him in the guts.

1



**hball13**

11/19/2023
20:40:32

A little something for a Sunday…..

Watch on YouTube
Entire Fight! Karate Kid vs. Mosi Boy

4          1

11/19/2023
21:54:16

The uniform has changed over the years, but the heart, willingness, and brotherhood remains the same...⚔️⚔️⚔️



4



**62FT**

11/19/2023
21:47:39

Hey Dude! Like always your just awesome! I can feel your just happy with all these fools. Guys like that I would let him try my knuckle sandwich since he a food critic. Would you like fries with that? lol. Keep up the good work amigo!

1



1        4



**CozyDad**

11/19/2023
22:04:10

Pervert Shitbag. Pure and simple

3



**Blairzy**

**BoyScout**

11/20/2023
01:17:05

2



**MANCHU**

11/19/2023
23:12:50

3      1      1



**BoyScout**

11/20/2023
01:20:14

Senior Chief I figured it out. It is Po from Kung Fu Panda. Mental toughness is all about embracing the suck.



4



mornin, ESE



4



**Bart**

11/20/2023
02:24:21

I think the dancing Turd needs to change its gee pants after that explosive dance.





3    1



**MANCHU**

11/20/2023
04:16:19

Don bro you're the best . love ya .

4



**MANCHU**

11/20/2023
04:28:36

seconds. I'm stuck with it. You should have on-screen "LOOK AWAY NOW" warnings for your mentally weaker subscribers.

1        1        1



**PGWater**

11/20/2023
07:32:01

Good morning,
WTF, Is that Kung Fu Panda or Stay Puff Marshmellow Man (Ghostbusters)??
Luv your work Senior!!

4        1



**atsoftco**

11/20/2023
05:58:34

11/20/2023
08:12:01

Red sky at morning no yard work warning for Robin



1      5



**ctbroadleaf6x60**

11/20/2023
07:51:30

Watch it a second time? Watch it a third? Whats that? A fucking joke or something? I was looking
AWAY from the screen 10 seconds into....whatever that was. You know, I can't UNSEE that ten



**MANCHU**

11/20/2023
08:16:43

just to add to the absolute bullshit of it being Monday, today is also HEF's favorite President's birthday... the 'big guy' biden is an OLD 81

2        2



**Hef83**

4



**Buddy**

11/20/2023
09:05:31

Morning . Have a great day .

4

Watch on YouTube
Gene Autry - Here Comes Santa Claus (from The Cowboy and the Indians 1949)



1          1          1



**Blairzy**

11/20/2023
10:03:05

Good morning Echo platoon and Elegant Echo's, hope everyone has a good day.



4



**Crankyyankee**

11/20/2023
10:54:14

Omg... my brain threw up

1        1



**Yosemite Sam**

11/20/2023
10:03:48



3



**MANCHU**

11/20/2023
11:12:43

Disgusting what a pig that dude thing what ya call it. I didn't know the power of yoga tights. My fear for everyone at his dance class is he'll bust a seam for full exposure. Hey CHU do ya think he has LULU lemons on so everybody can get a look at his/her package?

1          2



**MANCHU**

11/20/2023
11:38:36

who needs KY when theres WD???

This guy thrives on any attention he can get good or bad

1



**Tony**

11/20/2023
12:29:02

That fatass better watch slingin that sword around, he's gonna slice off half that PUSS-GUT!

1



**bobbyd AMS1**

11/20/2023
12:01:26



1



**redman**
11/20/2023
13:33:21

I've watched this video on the FULL SCREEN. Am I now qualified for an award or Meritorious Promotion

1        2



**Fubar**
11/20/2023
13:32:41

1       1       1



**MANCHU**

11/20/2023
14:13:30

CoughSeniorCough...



**MANCHU**

11/20/2023
14:26:02

someone may need to explain this to Senior and/or Teuf,,,





**MANCHU**

11/20/2023
14:30:24



4



**MANCHU**

11/20/2023
15:03:25



1



**Buddy**

11/20/2023
15:35:24

Holy shit bags . I'm typing with one eye close . time for nappies . Ta ta for now...........

1        1



**MANCHU**

11/20/2023
15:38:56



2



1        1



**Roy_Bean**

11/20/2023
15:50:07

Too bad that the Big Guy doesn't have to pay.
https://www.breitbart.com/politics/2023/11/20/former-troops-punished-over-bidens-vaccine-
mandate-sue-for-billions-in-lost-wages/

3

Hello folks

9



**Simon77**

11/18/2023
16:07:50

Yes ! Phony Navy SEAL of the Week !! Yes !!!

6        1



**Dakota**

11/18/2023
16:03:42

Ohhhhh my god. What a douche. How can you handle this crap Don.

9



**Hinc**

1.5 Yr

09/06/2024
14:26:58

Not gonna lie, when he was doing his little martial arts set at the beginning of the video, I was getting some strong Raygun vibes..

4        1



**redman**

2.1 Yr

09/06/2024
14:16:28

2          5



**Simon77**

11/18/2023
16:12:53

I didn't know Sumo wrestlers did that - oh they don't 😂😂

2          2          2



**Blairzy**

11/18/2023
16:08:27



**Blairzy**

5.9 Yr

09/06/2024
14:38:08

Hello folks

8

7



**Jay**

11/18/2023
16:34:15

My main question is how did he score a 9 in Karate ?? That's the real mystery…

2        2



**mick**

11/18/2023
16:15:41

RIP Charlie Stevens.

About 9pm Friday 17 November, emergency services were called to Beach Road after a pedestrian was struck by a car. The car did not stop at the scene but was pulled over by police a short distance away on Port Elliot Road at Goolwa.

The pedestrian, an 18-year-old Colonel Light Gardens man, sustained serious injuries and was airlifted to Flinders Medical Centre. Sadly, at 7.01pm this evening (Saturday 18 November) the young man passed away in hospital surrounded by family and friends.

The driver of the car, an 18-year-old Encounter Bay man, was arrested and charged with causing harm by dangerous driving, aggravated driving without due care, leaving the scene of a serious crash and failing to truly answer questions. He has been refused bail and will appear in Christies Beach Magistrates Court on Monday 20 November.



**Subman**

8.5 Yr

09/06/2024
14:53:47

My neighbor takes her dog across my property, sometimes he leaves gifts. The neighbor picks them up and puts them into plastic bags. Miss Yukie looks allot like one of her gift bags. A ton of turds wrapped up and confined to quarters.ha-ha-ha-ha!!!

3        4

Don, You need to call the computer guy back. It's full of Fat Ugly Dumb, Shitheads that need to be deleted. He must have downloaded a virus by accident. REFUND PLEASE!

3       5



**Blairzy**

11/18/2023
16:45:33

Great video Senior, hope you don't lose to much sleep worrying about his pending legal action against you. I don't know if I can watch that again. I've watched enough to know his parents must have been very closely related. He's just another phony fat f**k who needs to be found face down in a ditch somewhere. I'm sorry, but there's only but one cure for a pedophile !!





2      2      1



**IS1(SW)**

2.3 Yr

09/06/2024
14:59:00

Senior I'm a former GM and I'd love to send you a few of my old pics from 01-04 when I was deployed to the Truman

7

6



**MANCHU**
11/18/2023
17:13:38

its clearly the KOOL-AID 'MAN'

1        5



**Subman**
11/18/2023
16:51:10

Just think ….his vote counts just like yours.

4        1        2



**MANCHU**

5 Yr

09/06/2024
15:04:06

TROLLIN through



**NavySpook**

11/18/2023
17:21:11

"You're not gonna like what's comin up next. It's gonna suck."

6



**hball13**

11/18/2023
17:18:17

Here thanks EWS ...... so get away for a moment, Tina's making salmon in the Ninja!
Gonna watch now!

Im a 5 year PRESCRIBER...

lol, thanks for the video, Senior, much appreciated

5        1



**Steph**

4 Yr

09/06/2024
15:16:07

Nice earrings Diane

4



**Messer**

7.2 Yr

09/06/2024
15:11:06

11/18/2023
17:33:01

Only for CENTCOM -

The Marine Corps component of U.S. Central Command canceled its annual birthday ball, citing "unforeseen operational commitments."

Marine Corps Forces Central Command's birthday ball had been slated for Nov. 16 as a celebration of the Marine Corps' Nov. 10 birthday, according to a message by commander Maj. Gen. Chris McPhillips.

"Because of the uncertain situation, the MARCENT Commander wants to avoid a last-minute cancellation that would burden Marines, families, veterans, and members of the community with trying to recoup money from ticket sales, reservations, etc.," Marine spokesman Capt. Joe Wright told Marine Corps Times via email on Wednesday.

Wright attributed the "tough decision" to cancel the ball to "the dynamic and uncertain security environment in the CENTCOM (area of responsibility)."





6



**MANCHU**

5 Yr

09/06/2024
15:28:28

11/18/2023
17:39:15

Is it Chu?

2          3          2



**hball13**

11/18/2023
17:36:31

I swore Chris Farley came back until I saw his ugly mug.......what an ass clown 😈
Don, once is enuff! 😂😂😂😂

3          3



**Simon77**



**MANCHU**

5 Yr

09/06/2024
15:32:14

Senior, tell lumpy bastard he'll never be compared to Chris Farley in Beverly Hills Ninja, plz



6



**Robin - E.E.**

11/18/2023
17:43:31

I think this guy is the biggest idiot I've seen on here! 👑 👑♌

1        1        6



**mick**

thing, Yukie would shit if he was fed well. Doesn't look like Yukie has missed many meals, Omar the tent maker will never be out of business as long as Yukie need some new clothes. Yukie threatens a lot, if Yukie would go that far for nothing, how far would he/she/it go for a quarter? Hope you and Diane have a great weekend... ✿



5



**Roy_Bean**

3 Yr

09/06/2024
15:50:13

It's a little known fact that when the temperature goes down and the humidity goes up, scent gets stronger. That's why the dog could find the bird in the evening but not in the afternoon.

6

3        4



**PARANAH**

11/18/2023
18:04:35

What the Hell???

4        3



**guy**

11/18/2023
17:52:58

Swing the sword around reminded me of Jackie Gleason and The Honeymooners Ralph has to learn how to golf and Norton is giving him pointers.



**Blairzy**

5.9 Yr

09/06/2024
16:08:48

Great video D&D, glad to hear J bird didn't end up in Zena's mouth. Sounds like Herman needs to buy
Zena a box of dog treats for finding the bird he downed. I really did have enough of that fat
f**k/gearbox when you posted the first video of him/her/it. Yukie is gonna do this, that, and the other



**Hurdle11C**

11/18/2023
19:06:45

The biggest shock of all would be if this guy had a dad.

5    3



**Yosemite Sam**

11/18/2023
18:16:31

Watch on YouTube
Siege at Firebase Gloria: "Stay Alert, Stay Alive!"



**Chuck golf :2/26th mar**

7 Yr

09/06/2024
16:21:57

Unbelievable. The Man Named ". Lardo ". The Amazing Idot

9

6



**Blairzy**

11/18/2023
19:18:51

Senior is suggesting to watch this video two or three times. This apparently will build mental toughness. I fear if anyone watches this convicted pedophile one to many times, the damage would be irreversible...



4        1        3

That guy is fucking nuts.

6        2



**Phillips**

1 Yr

09/06/2024
16:34:04

Ol' Pork Rind might want to think about smoking meth, since that gay ass Tai Chi isn't working...

4        1

7    1    1



**steve**

11/18/2023
19:24:27

I thought it was John Candy doing a comedy skit

2    3    2



**Buddy**

11/18/2023
19:21:22

The Who

Watch on YouTube
Watch on Youtube



**hball13**

6.5 Yr

09/06/2024
16:43:54

Here.....Finally, someone's gotta work! 😎😎😎😎
Thx, Canadian EWS!

3          3



**Lt.Cross**

7.2 Yr

09/06/2024
16:37:48



2      2      3



**Hef83**

11/18/2023
19:48:30

I got caught on the street by the google car





**MANCHU**

5 Yr

09/06/2024
16:59:45



1        3

Yes, I remember this guy well.
I'll bet you one thing though.
I'll bet he's a liberal.

7          1



**NavyArmyCoastG**

11/18/2023
20:17:46

Don, AAAAHA !!! (insert Don Shipley yell)
I have a guess to your request? however name(s) drops to floor..its either
1-fat slob, lunch tray/food fight guy? ( who claims he hit a SEAL Team Six Commander with a "Lunch
Tray" and was Dishonorably Discharged)😈
or
2-drag queen lumpy fucktard, weirdo female in USN whites, in full make up,pumps and who's
swinging a sword,its that fruitcake slob 3-5 years ago you exposed on site?😈



2       6



**Mr Happy**

6 Yr

09/06/2024
17:04:33

What the fuck did i just watch on the first min of the video!!!! No wonder D&D laughed at him. FBI is on this, Mr Shirpley. So entertaining!!!

5



**jimmijo**

11/18/2023
20:41:37

It's CHU!!!!!

4          1



**Jamey from PGH**

11/18/2023
20:21:41



**MANCHU**

5 Yr

09/06/2024
17:10:35

thankfully, yukiething has moons, not boobs!!



**NavyArmyCoastG**

11/18/2023
20:46:14

on sex offender page...the weight on this clown is not 295 lbs..add 100.... 395..all day, also, can I get in line to bitch slap this scum bum? or knock out some teeth? 😵😵

2          3



**Mike**

11/18/2023
20:45:08

Strange Fruit

1          2



**ebeeby**

8.8 Yr

09/06/2024
17:21:06

woot!

10



**Ironballs**

4.3 Yr

09/06/2024
17:11:21

The beginning was painful watching that disgusting fat body do ballet. He's nothing but mouth. Cool Zena found Hermans bird. Hope Everyone is enjoying the beginning of their weekend.

8



**Roy_Bean**

11/18/2023
20:49:27

I've been an LGBT supporter since I was about 12......



4      3      5

09/06/2024
18:06:01

What a fat freak loser!

2



**MANCHU**

5 Yr

09/06/2024
18:05:06

I think I just found yukie's trainer...

https://x.com/i/status/1832191809943957800

2          1



2      1      1      1



**hball13**

11/18/2023
20:55:47

Blairzy......

Watch on YouTube
Why NHL players don't want to play hockey in Canada...

4



**Steph**

4 Yr

09/06/2024
18:07:25

Who remembers this scene in 5th element 💜 🇨🇦🖼 💜

How USA President Don Shipley deals with idiots

3      1



**Jordanb18**

8.8 Yr

Don lives in the jungle of Phony's, he is the King of the jungle taking them on and winning

Watch on YouTube
Guns N' Roses - Welcome To The Jungle

**4**



**Blairzy**

11/18/2023
21:00:09

Hey Hef what time is it ??

Watch on YouTube
Motorhead- Time to Play the Game (lyrics)

09/06/2024
18:32:37

If youve been in prison for sex crimes you have no reputation to slander or defame. Youre a piece if shit.

6



**Paul**

1.1 Yr

09/06/2024
18:20:44

"Deflamation of character" 😘

2        2



**mick**

1 Yr

09/06/2024
18:18:27

What a dog thats so clever and she wanted to find it to make you happy. Well trained Don outstanding work.

4



**Roy_Bean**

11/18/2023
21:07:39

Before youse all get into the hard rock, here's a little bit of Tennessee hillbilly music.

Watch on YouTube
Hillary Klug - Cotton Eyed Joe

6



**hball13**

11/18/2023
21:04:26

https://youtube.com/shorts/KhKRln1vs9A

Watch on YouTube
Khabib and Daniel Cormier talk about GSP



4        2



**VanillaGuerrilla**

4 Months

09/06/2024
18:50:10

Damn.... There's some things you just can't unsee.

2        3



**mick**

1 Yr



2        1



**hball13**

11/18/2023
21:07:51

Watch on YouTube
American Made - Oak Ridge Boys

3



**Blairzy**

5.9 Yr

09/06/2024
18:56:18

If you wanna see a real mixed martial artist. George St-Pierre, 3 time, 2 division UFC Champion... ⭐

Watch on YouTube
The Allman Brothers Band - Whipping Post (Lyric Video)



5



**Simon77**

11/18/2023
21:09:30

Too Early ? 😖😖

Watch on YouTube
Mariah Carey - All I Want For Christmas Is You (Official Video)



**PARANAH**

8.1 Yr

09/06/2024
19:52:12

Good Evening Ladies & Gentlemen!

6



**hball13**

11/18/2023
21:15:04

Watch on YouTube
GEORGE THOROGOOD "Bad To The Bone"

5        1



**redman**

11/18/2023
21:11:44



1       5       1



**Lazybones**

5.5 Yr

09/06/2024
20:27:37

Thank God it's Friday!

Watch on YouTube
Entry of the Gladiators!

4



**redman**

11/18/2023
21:15:24

Watch on YouTube
L.A. Woman



1        4



1      2      4



**MANCHU**

5 Yr

09/06/2024
20:32:51

Watch on YouTube
Norah Jones - Come Away With Me



4



**GrumpyCPO**

11/18/2023
21:17:06



2        3

There is only one thing I hate more than a tranny and that is two of them. I want to be a fly on the wall when these assholes face God on the way to hell. I'm still pissed that some leftist president allowed them into the military.

5



**MANCHU**

5 Yr

09/06/2024
20:37:26

bless her heart, Ms Robin tries her best...



**hball13**

11/18/2023
21:17:29

A song for the phony…..

Watch on YouTube
Watch on Youtube

1          3



**redman**

11/18/2023
21:17:06



**Roy_Bean**

3 Yr

09/06/2024
21:05:19

This makes it official. Cheney is a uniparty RINO.

https://www.yahoo.com/news/former-republican-vice-president-dick-192700155.html

2      2      1



**RadioMAN**

4.5 Yr

09/06/2024
20:54:17



**MANCHU**

11/18/2023
21:29:02

~NOTICE~ NSFW video (and song)

Watch on YouTube
Wheeler Walker Jr. - Puss in Boots

3

6



**Hef83**

7.4 Yr

09/06/2024
21:24:55



5



2    3



**Blairzy**

11/18/2023
21:32:36

Watch on YouTube
Stompin Tom Corners - Good Old Hockey Game

3



3        1



**Hef83**

7.4 Yr

09/06/2024
21:37:04



Watch on YouTube
Jimmy Buffett - Volcano



1        1        1



**Hef83**

11/18/2023
21:33:19

Watch on YouTube
Bad Company - Good Lovin Gone Bad



5



**MANCHU**

5 Yr

09/06/2024
21:41:42

Watch on YouTube
Night Ranger - Dont Tell Me You Love Me hq



3



**Blairzy**

11/18/2023
21:37:54

This dedication is going out to my special girl Robin...



1        3        1



**MANCHU**

5 Yr

09/06/2024
21:46:44



**Blairzy**

11/18/2023
21:41:28

Watch on YouTube
Prism - Take Me To The Kaptin

3



**Hef83**

11/18/2023
21:39:05

5.9 Yr

09/06/2024
22:02:16

Robin decided to get a room for the night after the wine tasting event. She thought it would be much safer than driving home...



3      2



**Hef83**

7.4 Yr

09/06/2024
21:59:41



**MANCHU**

11/18/2023
21:46:33

~NOT A SONG-- QUICK VID~ If your shower was like a car wash.

https://imgur.com/5rpbn5N

4

Greetings......

Watch on YouTube
Trump His Private Gun Collection

2        1



**Blairzy**



**Hef83**

11/18/2023
21:49:13

Watch on YouTube
Caught Up In You



1       4       1



**Hef83**

7.4 Yr

09/06/2024
23:02:21

Saturday in the Muncie area

Watch on YouTube
THE CARS — MOVING IN STEREO · ALL MIXED UP (1978)

2        1



**hball13**

6.5 Yr

09/06/2024
22:33:50



3



**hball13**

11/18/2023
21:52:27

Watch on YouTube
I Think I'll Just Stay Here And Drink

4



4



**hball13**

6.5 Yr

09/06/2024
23:20:19

Who's da man?

1        1

Watch on YouTube
Ball Of Confusion - The Temptations (1970)

3



**Hef83**

11/18/2023
21:52:58

Watch on YouTube
Rockin' Into The Night

a camera probably would work too, Sam, can I get your opinion on a camera? hahahhaa



3      2



**Hef83**

7.4 Yr

09/06/2024
23:32:42



**Blairzy**

11/18/2023
21:58:26

Watch on YouTube
Riding With The King - B.B. King & Eric Clapton

3



**hball13**

11/18/2023
21:55:17



1       2       1



**MANCHU**

5 Yr

09/06/2024
23:45:57



**Hef83**

11/18/2023
22:01:45

Watch on YouTube
Back for More



3

Watch on YouTube
A Bronx Tale - Bikers Scene "Now Youse Can't Leave" Movie Scene Clip High Quality 4K

2        1



**MANCHU**

5 Yr

09/06/2024
23:53:49

Ms Robin knows science!!
and Im out for the night

Watch on YouTube
Hit the road Jack!

3



**Hef83**

11/18/2023
22:04:01

Watch on YouTube
Don Henley - The Boys Of Summer (Official Music Video)



2        1

It's Saturday in the Central! 

Watch on YouTube
The Rascals - It's A Beautiful Morning



3



**Simon77**

8.5 Yr

09/06/2024
23:58:09

A Bronx Tale'- Bikers meet Mobsters.

3        1        1



**hball13**

11/18/2023
22:06:20

Watch on YouTube
Alice Cooper - Poison

2        1



**hball13**

11/18/2023
22:05:19



**Gator MAP**

3.2 Yr

09/07/2024
00:08:39

Hahaha. The silly dancing and the over the top lawsuit babble with incorrect grammar is hilarious.

4



**hball13**

6.5 Yr

09/07/2024
00:00:56

Watch on YouTube
Cold as Ice



3



**hball13**

11/18/2023
22:10:13

Hot Shania for the Boyz........ a bit of back up eye candy for Robin!

Watch on YouTube
Shania Twain - Man! I Feel Like A Woman (Official Music Video)



**Hef83**

7.4 Yr

09/07/2024
00:46:35

Watch on YouTube
30 Days In The Hole



2        1



**CozyDad**

11/18/2023
22:16:03

Soft? Weak? I enlisted multiple times. I smuggled coke to Madonna...c'mon man.



**Hef83**

11/18/2023
22:14:14



2       1



**hball13**

6.5 Yr

09/07/2024
00:55:40

DONT WATCH IF YOU'RE EASILY OFFENDED.....

Watch on YouTube
Skeletor goes too far

1        2



3



**Blairzy**

11/18/2023
22:16:20

Watch on YouTube
Winger - Can't Get Enough (Official Music Video)

2



1      1      1



**Hef83**

7.4 Yr

09/07/2024
01:00:20

Watch on YouTube
Take Me To The Top (Remastered 2006)

Watch on YouTube
Tom Petty And The Heartbreakers - A Woman In Love (It's Not Me) (Official Music Video)



3



**Hef83**

11/18/2023
22:21:58

Watch on YouTube
Tom Petty- A Face In The Crowd

Good ole Master Chief....

Watch on YouTube
Navy Seal Master Chief Hershel Davis with a joke

1



**Hef83**

7.4 Yr

09/07/2024
01:11:51

Watch on YouTube
Snowblind



**hball13**

11/18/2023
22:43:16

Watch on YouTube
Rage Against The Machine - Killing In the Name (Official HD Video)

3



**Hef83**

11/18/2023
22:27:32



**hball13**

6.5 Yr

09/07/2024
02:32:00

Watch on YouTube
Watch Trump's Powerful 2024 Afghanistan Message Ad!

https://m.youtube.com/watch?v=aoQErfiItBl

https://m.youtube.com/watch?v=YEE-rwe0_z8



**hball13**

6.5 Yr

09/07/2024
02:27:11



**Hef83**

11/18/2023
22:45:19

Bob outside for a little 1 on 1 about his install call backs but you can see what I have to work with, all caught on Google street view.

Watch on YouTube
Watch on Youtube



3



**Matt**

New Member

09/07/2024
03:42:07

Hate crime?!? Bullying?!? This so called lawyer or whoever, HE is a fckng MORON! Tell that scumbag to STFU!!! Some of my family lives in Nebraska. This DUDE should stick out real quick �winking.



**hball13**

6.5 Yr

09/07/2024
02:46:14

I'm hitting the rack...

Watch on YouTube
Wisconsin man fined for stealing political campaign signs from front yards

1

Watch on YouTube
Alabama - Mountain Music (Official Video)

3



**hball13**

11/18/2023
22:45:59

Loved this movie..

Watch on YouTube
Yakety Yak-The coasters-original song-1958

3

**Yosemite Sam**

8 Yr

09/07/2024
04:47:27





1



**Matt**

New Member

09/07/2024
03:55:46

His butt-stock is also not secure. Not from what I'm seeing but IDK what they were doing exactly. Looks fun though lol 😜.

Watch on YouTube
Glenn Frey - You Belong To The City - HD

3



**Hef83**

11/18/2023
22:54:21

Watch on YouTube
BILLY SQUIER - She Goes Down (Official Music Video - rare unaired banned video - nudity)

2



**hball13**

11/18/2023
22:49:25





**Buddy**

6.1 Yr

09/07/2024
05:47:17

Morning





**hball13**

11/18/2023
23:02:11

Watch on YouTube
Blues Traveler - Run-Around (Official Music Video)

1          1



**hball13**

11/18/2023
22:55:33

## Phony SEAL Minister Yukie rears her/his Ugly Head again and defending a Commanding Officer.

Phony SEAL Minister Yukie rears her/his Ugly Head again and defending a Commanding Officer. Many Thanks For The SUPPORT...

Comments



**MANCHU**

5 Yr

09/07/2024
05:58:00

IN THE DISTRICT COURT OF ADAMS COUNTY, NEBRASKA

FILED

TABITHA R. ELLIOTT,                          )
                                             )
                                             )        DECREE
               Plaintiff,                    )    2018 OCT -2 P 2: 21
                                             )
                                             )    ADAMS COUNTY
vs.                                          )    CLERK OF DIST. COURT    Case No. CI18-12
                                             )
ROBERT C. ELLIOTT,                           )
                                             )
                                             )
               Defendant.                    )

NOW on the 2nd day of October, 2018, this matter came on for hearing before the Honorable Terri S. Harder, District Judge, Adams County, Nebraska on the Plaintiff's Complaint for Dissolution of Marriage and the evidence relative thereto. The Plaintiff appeared personally with her counsel, Susan K. Alexander. The Defendant failed to file an answer or appear.

Hearing was held, evidence adduced, and the Court, being fully advised in the premises, finds as follows:

I.

The Plaintiff has been a resident of Nebraska for more than one year prior to the filing of the Complaint for Dissolution of Marriage.

II.

The Plaintiff was a resident of Hastings, Adams County, Nebraska at the time the Complaint for Dissolution of Marriage was filed.

III.

The Complaint for Dissolution of Marriage was filed on the 8th day of January, 2018 and the Defendant was personally served on January 18, 2018. The Court finds that more than sixty (60) days have passed since the perfection of service of process upon the Defendant and notice of the final hearing was forwarded to the Defendant at his last known address.

IV.

The Court has jurisdiction over the parties hereto and the subject matter on this action.



J00042559D14

1

V.

No other actions are pending for divorce, separation or dissolution of marriage either in this state or elsewhere, save and except the matter presently before this Court.

VI.

Neither party is a member of the Armed Forces of the United States of America or its allies nor has either party been ordered for induction therein.

VII.

The parties were married on the 17th day of December, 2013 in Kearney, Buffalo County, Nebraska.

VIII.

The marriage of the Plaintiff and the Defendant is irretrievably broken; reasonable efforts to reconcile the marriage have been made but said reconciliation efforts have failed; further efforts at reconciliation would be fruitless and the marriage should be dissolved.

IX.

The parties are the parents of two minor children, whose custody and welfare are affected by these proceedings, to-wit:  Whitewolf Wallace Salazar Fuentes Elliott, born in 2015 and Shiloh Jean Reneesia Elliott, born in 2016.  The Court finds that the Plaintiff is a fit and proper person to have the permanent legal and physical care custody and control of the parties' minor children.

X.

The Defendant has committed acts which constitutes child abuse and neglect and domestic abuse towards the Plaintiff and the minor children and has been diagnosed with mental conditions which affect the children's safety.  As such, the Defendant should not have parenting time or contact with the children at this time.

XI.

Due to the Defendant's incarceration and receiving Social Security Disability, the Court further finds the Defendant should pay, through the Nebraska Child Support Payment Center, P. O. Box 82600, Lincoln, Nebraska 68501, child support and maintenance for the parties' two minor children in the sum of $50.00 per month.  Said payment shall commence upon the first day of October 1, 2018 and should continue to be

2

due and payable on the first day of each month thereafter until the minor children reach the age of majority under Nebraska law, become emancipated, become self-supporting, marry or die, order of the Court.

XII.

The minor children are currently receiving health insurance coverage through the State of Nebraska and cash medical support is not appropriate at this time.

XIII.

The parties have acquired property and incurred marital debts during the marriage which should be equitably divided.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the marriage of Tabitha R. Elliott and Robert C. Elliott, be, and hereby is, dissolved, with this Decree becoming final and operative, except for the purpose of review by appeal, without any further action of the Court, thirty (30) days after it is rendered or on the death of one of the parties to the dissolution, whichever first occurs; however, for purposes of remarriage or the continuation of health insurance coverage, the Decree becomes final and operative six (6) months after the Decree is rendered or on the death of one of the parties to the dissolution, whichever occurs first. If the Decree becomes final and operative on the death of either of the parties, the Decree shall be treated as if it became final and operative the day it was rendered.

IT IS FURTHER ORDERED that the Plaintiff, Tabitha R. Elliott is awarded the permanent legal and physical care, custody and control of the minor children.

IT IS FURTHER ORDERED that Defendant shall have no parenting time and is prohibited from having contact or access to the children, at this time. The Defendant may file an application with the Court to readdress visitation but the Defendant has the burden of proving parenting time or other access to the Defendant will not endanger the children or the Plaintiff.

IT IS FURTHER ORDERED that the Defendant shall pay, through the Nebraska Child Support Payment Center, P.O. Box 82600, Lincoln, NE 68502-2600, the sum of $50.00 per month as child support commencing October 1, 2018 and continuing in a like manner on the 1st day of each month thereafter until the minor children, reach the age of majority under Nebraska law, become emancipated, become self-supporting, marry or die

3

or until further order of the Court. All such payments must include name of payor, social security number of payor, county and court case number.

All child support payments shall become delinquent the day after they are due and owing. Pursuant to Neb. Rev. Stat. Section 42-358.02    all delinquent child support shall accrue interest at the rate of 4.136 percent per annum, which interest shall not accrue until thirty (30) days after such payments are delinquent.

IT IS FURTHER ORDERED that Defendant is required to furnish to the Nebraska Child Support Payment Center and the Clerk of the District Court of Adams County, Nebraska his address, telephone number, social security number, the name of his respective employer, and any other information the Court shall deem relevant until the child support judgment is paid in full. Defendant is further ordered to advise the Clerk of any changes in such information between the time of entry of this Decree and payment of the child support judgment in full. Failure to comply with the provisions of this section shall be punishable by contempt. In the event that Defendant fails to pay any child support payment, as such failure is certified to the Court each month by the Clerk of the District Court and/or Nebraska Child Support Payment Center in cases where Court-ordered child support is delinquent in an amount equal to the support due and payable for a one (1) month period of time, he may be required to appear in Court and show cause why such payment was not made. In the event Defendant fails to pay or appear as so ordered, a warrant shall be issued for his arrest.

IT IS FURTHER ORDERED that neither party shall pay spousal support to the other and Plaintiff has acknowledged that since spousal support is not awarded at this time, it cannot be awarded in the future.

IT IS FURTHER ORDERED that the parties shall each pay and hold the other party harmless from the debts incurred by them in their individual names.

IT IS FURTHER ORDERED that each party shall be awarded the personal property currently in their respective possession. The Plaintiff shall forward to Defendant's father, the Defendant's birth certificate and any other personal documents belonging to the Defendant that she may have.

IT IS FURTHER ORDERED that the Plaintiff's maiden name of Tabitha R. Holdeman is restored to her.

4

IT IS FURTHER ORDERED that each party shall sign and execute such deeds, titles and instruments of transfer as shall be necessary to accomplish the division of property as provided for herein and, in the event that either party shall neglect or refuse to execute such deeds, titles and instruments of transfer, this Decree shall serve as such deed, assignment and transfer in and of its own effect.

Complete record is waived.

DATED this $\frac{2}{}$ day of October, 2018.

BY THE COURT:

_Jerrie S Harder_
District Court Judge

PREPARED BY:
Susan K. Alexander, #17235
Attorney at Law
P. O. Box 1151
Hastings, NE 68902-1151
(402) 463-7088
ska@salexanderlaw.com
Attorney for Plaintiff

5

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on October 2, 2018 , I served a copy of the foregoing document upon the following persons at the addresses given, by mailing by United States Mail, postage prepaid, or via E-mail:

Robert C Elliott                        Susan K Alexander
Nebraska Diagnostic & Eval Center       ska@salexanderlaw.com
3220 West Van Dorn Street
Lincoln, NE 68522

Date:  October  2, 2018    BY THE COURT: _____
                                                                    CLERK

The statement and all that is attached to this all sworn and truth in the manner now .The plaintiff now prays and I come now to sworn and show all proof of burden as well the evidence to ask the courts, jury and judge to see there is laws that are broken and as well as civil rights to ask the courts to step-in as well as the is prior history of this man intentionally given out private information and hiding being his company to-do so thus the city law of NE,VA,MD, state laws NE,VA,MD federal laws of the united states have been violated for over 6 years and growing of intentional cause  retaliate against the registrants, their families, or their employers in any way. Vandalism, verbal or written threats of harm on the plainitiff for over 6 years and now as the laws

Yukie Soto-Elliott
Po box 641503
Omaha NE 68164
4028501498
Relliottnews237369@outlook.com