IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YUKIE SOTO-ELLIOTT,<br><br>            Plaintiff,<br><br>vs.<br><br>DON SHIPLEY, CAROL DIANE BLAZER SHIPLEY, and EXTREME SEAL EXPERIENCE, LLC;<br><br>            Defendants. | **8:24CV359**<br><br>**MEMORANDUM AND ORDER** |

On September 3, 2025, the Court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. Filing No. 15. To date, Plaintiff has not filed an amended complaint and the pending motion also filed on September 3, 2025, clearly predates and is non-responsive to the Court's order as it appears to seek relief in another of Plaintiff's cases. To the extent Plaintiff's motion seeks to have this case sealed, the Court finds such request is moot as any filing with Plaintiff's current contact information is already restricted.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders.

2. The Court will enter judgment by a separate document.

3. Plaintiff's pending motion, Filing No. 15, is denied as moot.

Dated this 14th day of November, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge